1   **John A. Delis, Esq., State Bar No. 149793**
    jadelis@ldlawyers.com
2   **Warren B. Campbell, Esq., State Bar No. 70375**
    wbcampbell@ldlawyers.com
3   **David E. Szymanski, Esq., State Bar No. 238992**
    deszymanski@ldlawyers.com
4   **LONG & DELIS**
    **400 N. Tustin Ave., Ste. 370**
5   **Santa Ana, California 92705**
    **(714)668-1400/(714)668-1411 (fax)**
6
7
8   Attorneys for Plaintiffs OHL USA, INC.;
    RIVERSIDE COUNTY FLOOD CONTROL
9   AND WATER CONSERVATION DISTRICT;
    AND CITY OF TEMECULA
10
11
12                  **UNITED STATES DISTRICT COURT**

13          **CENTRAL DISTRICT OF CALIFORNIA, EAST DISTRICT**

14
15   OHL USA, INC.; RIVERSIDE            )  Case No.
     COUNTY FLOOD CONTROL AND            )
16   WATER CONSERVATION DISTRICT;        )  **COMPLAINT FOR:**
     AND CITY OF TEMECULA,               )
17                                       )      **(1) BREACH OF CONTRACT;**
18                  Plaintiffs,          )      **(2) EXPRESS INDEMNITY;**
                                         )      **(3) EQUITABLE INDEMNITY;**
19        vs.                            )      **(4) CONTRIBUTION; AND**
                                         )      **(5) DECLARATORY RELIEF**
20                                       )
     FERREIRA CONSTRUCTION               )
21   COMPANY INC. DBA FERREIRA           )
     COSTAL CONSTRUCTION                 )  **DEMAND FOR JURY TRIAL**
22   COMPANY,                            )
                                         )
23                                       )
                  Defendant.             )
24   _____ )
25
26
27
28

                              1
        _____
                       **COMPLAINT**

## SUMMARY OF THE ACTION

1.     This is an action for breach of contract, express indemnity, equitable indemnity, contribution, and declaratory relief against the subcontractor who constructed the two-wire cable fence ("Cable Fence") along the top of the Murrieta Creek as a part of the Murrieta Creek Flood Control, Environmental Restoration and Recreational Project Part II (the "Project").

## PARTIES

2.     Plaintiff OHL USA, Inc. ("OHL") is a corporation organized and existing under the laws of the state of Delaware, with its principal place of business in Flushing, New York. OHL does not have a substantial predominance of its corporate activities in the State of California. Its corporate "nerve center," where the majority of its executive and administrative functions are performed, is in New York. Thus OHL is domiciled in the State of Delaware or New York for purposes of diversity jurisdiction.

3.     Plaintiff City of Temecula ("Temecula") is located in Riverside County, California, and is a general law municipal corporation organized and existing under the laws and Constitution of the State of California. Temecula is domiciled in California.

4.     Plaintiff Riverside County Flood Control and Water Conservation District (the "District") was created July 7, 1945, by an Act of the California State Legislature. The District is located in the western portion of Riverside County, California, and it is governed by a Board of Supervisors comprised of the same individuals as the Riverside County Board of Supervisors. The District is domiciled in California.

5.     Defendant Ferreira Construction Company Inc. DBA Ferreira Costal Construction Company ("Ferreira") is a corporation organized and existing under the laws of the State of New Jersey, with its principle place of business in Branchburg, New Jersey. Ferreira does not have a substantial predominance of its corporate activities in the State of California. Its corporate "nerve center," where the majority of its executive and administrative functions are performed, is in New Jersey. Thus Ferreira is domiciled

2

1  in the State of New Jersey for purposes of diversity jurisdiction.

2

3                              **JURISDICTION**

4        6.      The Court has jurisdiction under 28 U.S.C. § 1332 because this is a civil

5  action between citizens of different states where the matter in controversy exceeds

6  $75,000, exclusive of interest and costs.

7

8                                **VENUE**

9        7.      Venue is proper in this Court under 28 U.S.C. §1391 because a substantial

10  part of the events or omissions giving rise to the action occurred in this district.

11

12                        **COMMON ALLEGATIONS**

13       8.      The Project is located within the borders of Temecula, in the county of

14  Riverside. At all times relevant, Temecula has not owned any property adjoining the

15  Project area involved in the litigation. Temecula has not had any control over the Project

16  including the Cable Fence. The District had no control over the design or construction of

17  the Project including the Cable Fence.

18       9.      The Project and the Cable Fence were designed and the construction

19  managed by the U.S. Army Corps of Engineers ("ACE"). OHL was the prime contractor

20  selected by ACE to construct the Project. As a part of the construction of the Project,

21  OHL entered into a subcontract (the "Subcontract") with Ferreira for Ferreira to

22  construct the Cable Fence. The relevant portion of the Subcontract (pages 1 through 34)

23  is attached hereto as Exhibit "1."

24       10.     This action is related to an action pending before this same court (Case No.

25  5:20-cv-00212-JGB-K/KS) brought by Guadalupe Murillo ("Murillo") and Esteban De

26  Los Santos ("De Los Santos") against ACE, OHL, District, and Temecula ("Related

27  Lawsuit") involving the death of their son, whom they allege fell from an area at the

28  edge of the top of the wall constructed as a part of the Project to the floor of the channel.

**COMPLAINT**

The Cable Fence was constructed by Ferreira along the top of the wall. Murillo and De Los Santos allege in their amended complaint that in the night of April 6, 2018, or early morning of April 7, 2018, their son (who was highly intoxicated) was not protected from reaching the edge of the wall and fell to his death (the "Incident").

11.    Murillo and De Los Santos allege in their amended complaint in the Related Lawsuit claims against ACE for dangerous condition of public property (first claim) and negligence (second claim), against OHL for negligence (second claim), and against District and Temecula for dangerous condition of public property (third claim).

12.    OHL, the District, and Temecula have denied and continue to deny that they are to any extent responsible, legally or otherwise, for what happened to the son of Murillo and De Los Santos.

13.    To date, plaintiffs herein have been defended in the Related Lawsuit by Ferreira's insurance carrier as additional insureds. Because of this, Ferreira was not been named as a cross-defendant by them in the Related Lawsuit which is set for trial on July 11, 2023.

14.    Plaintiffs are informed and believe, and thereupon allege that Ferreira's insurance carrier has recently decided not to provide indemnity to OHL, the District, and Temecula should the need arise in the Related Lawsuit.

15.    Plaintiffs are informed and believe, and thereupon allege, that Ferreira's insurance carrier has decided not to participate in any potential settlement of the Related Lawsuit.

16.    Attachment "D" – Safety Requirements (page 32) of the Subcontract provides in pertinent part the following:

> When Subcontractor renders services at the Project Site, Subcontractor shall perform its site work in a safe manner. Subcontractor acknowledges that it is familiar with all the safety requirements of the Project and that it will comply with the current standards set by the Project Site Specific Safety and Health Plan (SSHP), OSHA, the federal government, and the

4

**COMPLAINT**

Safety Orders of the State or Owner where the jobsite is located. Subcontractor shall, at all times, seek to avoid injury, loss, or damage to persons or property by taking steps to protect:

\*\*\*\*\*

To the extent not already provided by the Contractor, **Subcontractor shall post appropriate warnings and notices, erect safety barriers, and establish proper notice procedures to protect persons and property at the site and adjacent to the site from injury, loss or damage**.

17.    Ferreira did not post appropriate warnings and notices, erect safety barriers, and establish proper notice procedures to protect persons and property at the site and adjacent to the site from injury, loss or damage.

18.    What Ferreira agreed to do in the Subcontract, and failed to do, is what Murillo and De Los Santos in their Related Lawsuit are contending that OHL, the District, and Temecula did not do.

19.    Ferreira knew problems existed with respect to the bending of posts and loosening of the cables of the Cable Fence. Instead of helping with a solution, Ferreira sought to abandon their responsibility as quickly as possible.

20.    On March 6, 2018, about 4 weeks before the Incident, Ferreira's project manager, Nick Dobson, emailed OHL personnel acknowledging the existence of concerns over the Cable Fence.

21.    On March 12, 2018, just about 3 weeks before the Incident, Ferreira's superintendent, Eli Guerra, sent an email to Nick Dobson acknowledging the cable deflection problem and looking for ways to avoid having to come back and do a better job of re-stretching the cable. In his email, Guerra stated the following:

Today after putting [on] all yellow reflectors, the crew went through and re-stretched any cable that may have been loose. It's come to my attention that pedestrians are climbing over and sitting on top of cables which can cause the cables to become lose over time. If this continues to happen, they will

5

**COMPLAINT**

1    continue to call us out to re-stretch. How can we eliminate from getting
2    called back? Let me know your thoughts or concerns.

3    22.    Murillo and De Los Santos in their Related Lawsuit are attempting to
4    make the extent to which the cables deflected on the date of their son's death a major
5    issue. Their experts have undated photographs from somewhere along the 7,000 foot
6    cable fence showing that when pushed down with force the top cable was lowered from
7    its 42" height to a 36½" height, and the mid rail cable was lowered from its 21" height to
8    a 12" height.

9    23.    Ferreira actively sought to evade its contractual obligation which was to
10   protect others from the Cable Fence they constructed by tightening the cables and by
11   "post[ing] appropriate warnings and notices, erect safety barriers, and establish proper
12   notice procedures to protect persons and property at the site and adjacent to the site from
13   injury, loss or damage."

14   24.    Ferreira in the Subcontract agreed to defend, indemnify and save harmless
15   OHL. Ferreira's obligations to defend and indemnify OHL are set forth on pages 9 and
16   10 of the Subcontract attached as Exhibit "1" and are in pertinent part as follows:

17          **Subcontractor's Indemnification and Defense of Contractor.** With the
18          exception that this Section shall in no event be construed to require
19          indemnification by Subcontractor to a greater extent than permitted under
20          the statutes or public policy of the State of California, Subcontractor shall
21          defend, indemnify, and save harmless Contractor, including its officers,
22          directors, partners, joint venturers, agents, employees, affiliates, parents
23          and subsidiaries, and each of them, of and from any and all claims,
24          demands, causes of action, damages, costs, expenses, actual attorneys'
25          fees, losses or liabilities, in law or in equity, of every kind and nature
26          whatsoever ("Claims") arising out of or in connection with Subcontractor's
27          obligations under this Subcontract. Subcontractor's duties under this
28          Section shall apply to Claims for, but not limited to:

**COMPLAINT**

      (a)    Personal injury, including, but not limited to, bodily injury, emotional injury, sickness or disease, or death to persons, including, but not limited to, any employees or agents of Subcontractor, Owner, Contractor, or any other subcontractor and/or damage to property of anyone (including loss of use thereof) caused or alleged to be caused in whole or in part by any act or omission of Subcontractor, its employees, agents, sub-subcontractors and others for whom Subcontractor is responsible.

*\*\*\*\*\**

The indemnification requirements of this Section shall extend to Claims occurring after this Subcontract is terminated as well as while it is in force. Such indemnity provisions apply to the fullest extent permitted by law, regardless of any passively negligent act or omission of Contractor, or its agents or employees. Subcontractor, however, shall not be obligated to indemnify Contractor for Claims arising from the active negligence, sole negligence, or willful misconduct of Contractor, or its agents, employees or independent contractors who are directly responsible to Contractor, or for defects in design furnished by such persons, or for Claims that do not arise out of the Work.

*\*\*\*\*\**

Subcontractor shall promptly pay and satisfy any judgment or decree that may be rendered against Contractor or its agents or employees, or any of them, arising out of any Claim covered by this Section.

## FIRST CAUSE OF ACTION
## BREACH OF CONTRACT
### (OHL against Ferreira)

25.    Plaintiffs incorporate by reference and reallege paragraphs 1 through 24,

**COMPLAINT**

1 | above.

2 | 26.    To the extent that OHL is found liable to Murillo and De Los Santos or
3 | any other party for damages or injuries, if any, in the Related Lawsuit, OHL alleges that
4 | such damages or injuries were caused by Ferreira's breach of the Subcontract.

5 | 27.    OHL has performed all of the conditions and obligations to be performed
6 | on its part under the Subcontract.

7 | 28.    By reason of the foregoing, OHL is entitled to recover damages from
8 | Ferreira for any sum OHL must pay Murillo and De Los Santos or any other party in the
9 | Related Lawsuit because of judgment or settlement.

10 |

11 | **SECOND CAUSE OF ACTION**

12 | **EXPRESS INDEMNITY**

13 | (OHL against Ferreira)

14 | 29.    Plaintiffs incorporate by reference and reallege paragraphs 1 through 28,
15 | above.

16 | 30.    Section 13 of the Subcontract requires Ferreira to defend and indemnify
17 | OHL for the claims made by Murillo and De Los Santos or by any other party for
18 | damages or injuries, if any, in their Related Lawsuit.

19 | 31.    OHL has performed all of the conditions and obligations to be performed
20 | on its part under the Subcontract with Plaintiffs.

21 | 32.    By reason of the foregoing, OHL is entitled to a full and complete defense
22 | of the instant lawsuit and for contractual/express indemnity from Ferreira for any
23 | recovery against OHL by Murillo and De Los Santos or any other party in the Related
24 | Lawsuit.

25 | **THIRD CAUSE OF ACTION**

26 | **EQUITABLE INDEMNITY**

27 | (All Plaintiffs against Ferreira)

28 | 33.    Plaintiffs incorporate by reference and reallege paragraphs 1 through 32,

**COMPLAINT**

1 | above.

2 |     34.    Plaintiffs contend that they are no way liable for the events and

3 | occurrences, tortious or otherwise, described in Murillo and De Los Santos amended

4 | complaint or by any other party in the Related Lawsuit.

5 |     35.    Plaintiffs allege that in the event they be found in some manner

6 | responsible to Murillo and De Los Santos or any other party in the Related Lawsuit as a

7 | result of the incidents and occurrences described in the amended complaint or contended

8 | by any other party, plaintiffs' liability would solely be based upon a derivative form of

9 | liability not resulting from conduct of plaintiffs, but only of an obligation imposed upon

10 | them by law and plaintiffs would, therefore, be entitled to indemnification from any

11 | liability and for any and all court costs incidental to the defense, investigation, and

12 | handling of their defense of the Related Lawsuit from Ferreira.

13 |

14 | **FORTH CAUSE OF ACTION**

15 | **CONTRIBUTION**

16 | (All Plaintiffs against Ferreira)

17 |     36.    Plaintiffs incorporate by reference and reallege paragraphs 1 through 35,

18 | above.

19 |     37.    Section 1432 of the California Civil Code provides in pertinent part: "a

20 | party to a joint, or joint and several obligation, who satisfies more than his share of the

21 | claim against all, may require a proportionate contribution from all the parties joined

22 | with him."

23 |     38.    Plaintiffs are informed and believe, and based upon such information and

24 | belief allege that Ferreira actively participated in the negligence, carelessness, and/or

25 | other fault at issue in the Related Lawsuit, and that Ferreira is responsible totally, or in

26 | part, for the damages, if any, allegedly sustained by Murillo and De Los Santos or any

27 | other party.

28 |     39.    In the event that plaintiffs are found liable to Murillo and De Los Santos or

**COMPLAINT**

1  any other party in the Related Lawsuit, plaintiffs are entitled to contribution and/or

2  indemnity from Ferreira, in any amount which plaintiffs pay or are obligated to pay in

3  excess of that proportion of the judgment which plaintiffs' conduct making them subject

4  to liability is found to have contributed to Murillo and De Los Santos' or any other

5  party's injuries and damages.

6

7  **FIFTH CAUSE OF ACTION**

8  **DECLARATORY RELIEF**

9  (All Plaintiffs against Ferreira)

10      40.    Plaintiffs incorporate by reference and reallege paragraphs 1 through 39,

11  above.

12      41.    An actual controversy exists between plaintiffs and Ferreira regarding their

13  rights and obligations with respect to any liability they may have relating to the claims

14  of Murillo and De Los Santos or any other party in the Related Lawsuit, including

15  Ferreira's breach of contract and express indemnity obligations to OHL, and Ferreira's

16  obligations under plaintiffs' equitable indemnity and contribution causes of action.

17      42.    Pursuant to 28 U.S.C. §2201, plaintiffs request the following declarations:

18      a.    The nature and extent of the responsibilities and rights of the

19  respective parties to this Complaint, including with respect to OHL's claim for breach of

20  contract and express indemnity, and with respect to plaintiffs' claims for equitable

21  indemnity and contribution.

22      b.    Ferreira's continuing obligation to defend and indemnify plaintiffs.

23

24  **PRAYER**

25  WHEREFORE, plaintiffs pray for judgment against Ferreira as follows:

26  1.    That plaintiffs be fully indemnified by Ferreira;

27  2.    That plaintiffs be partially indemnified by Ferreira;

28  3.    That the Court declare that Ferreira has a continuing obligation to defend

**COMPLAINT**

1 | and indemnify plaintiffs;

2 |         4.      That the Court declare the nature and extent of the responsibilities and

3 | rights of the respective parties to this Complaint, including with respect to OHL's claim

4 | for breach of contract and express indemnity, and with respect to plaintiffs' claims for

5 | equitable indemnity and contribution;

6 |         5.      That plaintiffs be awarded their costs of suit incurred in this action;

7 |         6.      That plaintiffs be awarded attorneys' fees and expenses incurred at all

8 | stages of this action, if appropriate; and

9 |         7.      For such other and further relief as the Court deems just and proper.

10 | DATED:  March 7, 2023                          LONG & DELIS

11

12                                                 BY:

13                                                     JOHN A. DELIS
                                                       WARREN B. CAMPBELL
14                                                     DAVID E. SZYMANSKI
                                                       Attorneys for Plaintiffs  OHL USA, INC.;
15                                                     RIVERSIDE COUNTY FLOOD CONTROL
                                                       AND WATER CONSERVATION DISTRICT;
16                                                     AND CITY OF TEMECULA
17

18                              **DEMAND FOR JURY TRIAL**

19 | Plaintiffs OHL USA Inc., City of Temecula, and County of Riverside hereby

20 | demand trial by jury of the issues in the Complaint which are triable by right of a jury.

21 | DATED:  March 7, 2023                          LONG & DELIS

22

23

24                                                 BY:

25                                                     JOHN A. DELIS
                                                       WARREN B. CAMPBELL
26                                                     DAVID E. SZYMANSKI
                                                       Attorneys for Plaintiffs  OHL USA, INC.;
27                                                     RIVERSIDE COUNTY FLOOD CONTROL
                                                       AND WATER CONSERVATION DISTRICT;
28                                                     AND CITY OF TEMECULA

11

**COMPLAINT**

EXHIBIT 1

EXHIBIT 1

EXHIBIT 1



# OHL USA

1920 Main Street, Suite 310 – Irvine, CA 92614 I Phone: (949) 242-4432 I Fax: (949) 231-1255 I www.ohlusa.com

## STANDARD SUBCONTRACT

Agreement made as of this ___21st___ day of ___October___, 2016___ between ___**OHL USA, Inc.**___ (hereinafter "Contractor") with its principal place of business at ___**1920 MAIN STREET, SUITE 310, IRVINE, CA 92614**___ and ___**FERREIRA CONSTRUCTION COMPANY INC. dba FERREIRA COASTAL CONSTRUCTION COMPANY**___ (hereinafter "Subcontractor"), with its principal place of business at ___**15188 VISTA DEL RIO AVENUE, CHINO, CA 91710**___.

**WHEREAS,** the Contractor has entered a contract (hereinafter "Prime Contract") with ___**U.S. ARMY CORPS OF ENGINEERS**___ (hereinafter "Owner"), to furnish certain work, labor and services necessary for the construction project, known as ___**MURRIETA CREEK, PHASE 2**___ (hereinafter "Project") and

**WHEREAS,** the Contractor and the Subcontractor desire to subcontract to the Subcontractor a certain portion of the Prime Contract work;

**NOW, THEREFORE,** the Contractor and the Subcontractor, in consideration of mutual covenants and for other valuable consideration, the receipt and sufficiency of which is acknowledged, do hereby agree as follows:

### 1. SUBCONTRACT WORK
The Subcontractor shall provide all labor, materials, tools, supplies, equipment, services, facilities, supervision, administration, insurance, and other items necessary and/or incidental for the proper and complete performance and acceptance of the work in accordance with the Subcontract Documents and "**Attachment A – Price and Scope of Work.**"

The only exclusions to the Subcontract Work are in "**Attachment B – Exclusions and Clarifications.**"

### 2. SUBCONTRACT DOCUMENTS
The Subcontract Documents consist of: (1) this Agreement including its Attachments; (2) the Prime Contract, including all portions listed in "**Attachment F – Incorporated Prime Contract Documents**" but excluding any payment provisions contained therein; (3) modifications issued subsequent to the execution of the Agreement between the Owner and Contractor or Contractor and Subcontractor, whether before or after the execution of this Agreement; (4) all insurance requirements required by the Prime Contract and the safety requirements in "**Attachment D – Safety Requirements;**" and (5) all addenda, modifications, revisions, drawings, specifications, details, all general, supplementary, and special terms and conditions, and bid documents where applicable. These documents comprise the entire Agreement, as if attached to this Agreement or repeated herein. By executing this agreement, Subcontractor warrants that it has received, either a paper or electronic copy of, and reviewed the Prime Contract and all of the portions of the Prime Contract listed in "**Attachment F – Incorporated Prime Contract Documents**" and all other documents attached hereto.

The Subcontractor represents and acknowledges that it knows and/or has received a full and complete copy of the following: (1) the name, address, and primary business telephone number of the Owner; (2) the name and the address of the surety on the Contractor's payment bond to which notice should be sent; Preliminary Notice Information available upon request.

All the Subcontract Documents are intended to supplement and complement each other and shall, where possible, be thus interpreted. If, however, any provision of the Subcontract Documents irreconcilably conflict, the provision imposing the greater duty or obligation on the Subcontractor shall govern. The Subcontractor is required to call any discrepancy in the Subcontract Documents to the Contractor's attention, in writing, prior to executing this Agreement.

The Subcontractor is bound and responsible to the Contractor to the same extent as the Contractor is bound and responsible and liable under the Prime Contract to the Owner. In no event shall the Subcontractor have greater or more rights against the Contractor than the Contractor shall have against the Owner. The Subcontractor's rights hereunder shall be subject to all of the limitations imposed on the Contractor by the Prime Contract.

1

Initials:
C323-FERREI

OHL USA / CA _____

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer



# OHL USA

1920 Main Street, Suite 310 – Irvine, CA 92614 I Phone: (949) 242-4432 I Fax: (949) 231-1255 I www.ohlusa.com

Notwithstanding the incorporation of the Prime Contract into this Agreement, the incorporation specifically excludes any payment provisions contained therein and no provision of the Subcontract Documents shall be interpreted so as to create any conflict, inconsistency, or ambiguity in the contingent payment provisions in this Agreement and, in the event there should be any such conflict or inconsistency, the contingent payment provisions of this Agreement shall take precedence and control.

The term "Architect/Engineer" (hereinafter referred to as "A/E") shall be deemed to include those representative(s) directing the work for the Owner, or any other person authorized by the Prime Contract to direct, judge, approve, or reject any work.

## 3. ITEMS INCLUDED WITHIN SCOPE OF WORK

The work included in this Agreement shall be performed under the direction of the Contractor, and to the satisfaction of the Contractor, Owner, and A/E. All work shall be performed in strict accordance with the Subcontract Documents. Notwithstanding **Attachment B**, the work to be performed by the Subcontractor includes all of the work set forth in this Agreement, as well as any and all other work incidental or related thereto, including work which is reasonably inferable from the Subcontract Documents and work reasonably necessary for a complete and proper Project, or which is necessary to have a properly and totally acceptable system and Project. All work shall be performed in a skillful and workmanlike manner with new material of the best kind and grade for the purpose intended. The Subcontractor agrees, without additional compensation, to abide by all decisions issued by the Contractor, when the Contractor has been directed to perform, and abide by similar decisions issued by the Owner subject to the provisions of paragraphs 8 and 9. The Subcontractor shall provide, at its own expense, all tools, safety equipment required by this Agreement or by law, scaffolding, hoisting facilities, shop drawings, test samples, guarantees, permits, licenses, unloading, and all other items necessary for the proper performance of this Subcontractor's work.

## 4. SITE INSPECTION AND INVESTIGATION

The Subcontractor represents and agrees that it has carefully examined and understands this Agreement and all the Subcontract Documents, has investigated the nature, locality, and site of its Scope of Work and the conditions and difficulties under which it is to be performed, and that it enters into this Agreement on the basis of its own examination, investigation, and evaluation of all such matters and not in reliance upon any opinions or representations of Contractor, the Owner, or of any of their respective officers, agents, servants, or employees.

The Subcontractor is familiar with the requirements of the various governmental agencies and departments having jurisdiction of the Project. The Subcontractor hereby acknowledges and agrees that it has satisfied itself as to the completeness of the Subcontract Documents, including the drawings and specifications, and their compliance with the applicable building code, life safety codes, and other applicable governmental laws, ordinances, rules, and regulations.

The Subcontractor shall not make any claim for damages because of any misinterpretation or misunderstanding of the Subcontract Documents or because of any lack of information, incorrect information, or inaccuracies contained in any of the Subcontract Documents or by reason of any conditions at the site which are not disclosed by the Subcontract Documents subject to the provisions of paragraphs 8 and 9. The Subcontractor acknowledges that any estimates of quantities set forth in the Subcontract Documents are approximate only. The Subcontractor also acknowledges that the Contractor has not made any representations as to the work to be performed by the Subcontractor, except as expressly written in this Agreement.

The Subcontractor shall furnish and be responsible for all lines, dimensions, and elevations required to perform its work. All dimensions and elevations shown in the Subcontract Documents are to be verified in the field by the Subcontractor and are not warranted by the Contractor to be correct. Subcontractor shall insure the proper matching and fitting of the Subcontract Work with contiguous work.

Any change or adjustment made by the Subcontractor without the express prior written authorization of the Contractor shall be at the Subcontractor's sole risk and expense. Any and all decisions by the Owner or the A/E relative to any ambiguity or discrepancy shall be binding on the Subcontractor when furnished to the Subcontractor by the Contractor. The Subcontractor

Initials:
C323-FERREL

**2**

OHL USA / CA ___

 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 | Phone: (949) 242-4432 | Fax: (949) 231-1255 |www.ohlusa.com

shall also be required to do all things and be bound by all rulings of the Owner or A/E to the same extent and degree as the Contractor is bound thereto.

### 5. SAFETY
The Subcontractor shall comply with all applicable Federal and State regulations, including OSHA requirements, as well as the Owner requirements, and all of the Subcontract requirements provided in "**Attachment D – Safety Requirements**" and in the Project's Safety Plan, whichever are the most stringent.

Failure to maintain proper safety standards on the job site in accordance with State, Federal, Contractor's, or Owner's regulations or the Project's Site Safety Plan shall be grounds for termination for cause, pursuant to Article 20.

### 6. COORDINATION AND COOPERATION
The Subcontractor shall: (a) cooperate with the Contractor and all others whose work may interfere with the Subcontract Work; (b) specifically note and immediately advise the Contractor of any interference with the Subcontract work; and (c) participate in the preparation of coordination drawings and work schedules involving the Subcontract Work.

The Subcontractor shall cooperate in good faith with the Contractor in the event of any actual or potential violation of any laws, regulations, rules, decrees, or directives applicable to the Contractor or Subcontractor, including providing access to its owners, directors, officers, employees and agents for interviews. The Subcontractor will notify Contractor of any reports, forms, disclosures, or other filings that the Consultant submits to any entity, including any agency, branch, department, or instrumentality of federal, state, or local government, in relation to its activities on behalf of or in connection with Contractor. If notification is required under this section, the Subcontractor will notify Contractor in writing of the relevant report, form, disclosure, or other filing within seven (7) calendar days of submission, and will provide a copy of the relevant report, form, disclosure, or other filing to Contractor within seven (7) calendar days of submission. The Subcontractor will also notify Contractor if any actions taken by the Subcontractor on behalf of Contractor may trigger reporting or disclosure obligations for Contractor to one or more governmental agencies regarding the lobbying activity. Such notification to Contractor will occur in writing within seven (7) days of the triggering activity.

### 7. LAWS, REGULATIONS, ETC.
All work and materials to be furnished, supplied, or performed by the Subcontractor must strictly comply with all Federal, State, Local, Municipal, as well as the laws, rules, regulations, statutes, ordinances, and directives of all other governing jurisdictions and authorities, including, without limitation, those relating to safety, discrimination in employment, immigration (including, but not limited to, the Immigration Reform and Control Act), fair employment practices or equal employment opportunity, environmental regulations, and whether or not provided for by the Subcontract Documents (hereinafter "Laws") as part of this Agreement and without any additional compensation. If the Subcontractor discovers any variance between this Agreement and any of the governing Laws, the Subcontractor shall notify the Contractor promptly, in writing, and make the necessary changes before proceeding with its work. The Subcontractor agrees to defend (at the request of Contractor) and to indemnify and hold the Contractor, Owner, A/E, and their respective agents, employees, and representatives harmless to the fullest extent permitted by law from and against any and all claims, loss, or expense caused or occasioned directly or indirectly by the Subcontractor's failure to fully comply with this section. The Subcontractor shall comply with all safety and health laws, and shall take all reasonable precautions for the safety of all employees on the Project and all other persons who may be affected thereby. The Subcontractor acknowledges that in no event shall Contractor be obligated under this Agreement to take any action that Contractor believes, in good faith, would cause it to be in violation of any laws, regulations, rules, decrees, or directives applicable to the Contractor or the Subcontractor.

All obligations specified by law or required by the Prime Contract to be included in this Subcontract are hereby incorporated.

In an emergency affecting the safety of persons or property, the Subcontractor shall act immediately to prevent threatened damage, injury, or loss.

Initials:
C323-FERREI

**3**

OHL USA / CA

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer

 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 I Phone: (949) 242-4432 I Fax: (949) 231-1255 Iwww.ohlusa.com

## 8. CHANGES

Without invalidating this Subcontract, changes to the Subcontract Work may be requested by the Owner or the Contractor. If a change to the Subcontract Work is requested by the Owner, Subcontractor agrees to comply with the change order procedure contained in the Prime Contract and shall provide an estimate for that work. These changes may be in the nature of an addition or deletion to the Subcontract Work. In the event of a deletion of Subcontract Work, the same change order procedure will be utilized for the imposition of a credit to the Subcontract Price.

The Subcontractor shall not be entitled to any increase or upward adjustment in the Subcontract Price unless the amount and liability are acknowledged and approved, in writing in advance, by the Contractor's authorized representative. If the Subcontractor proceeds with any changed or extra work without prior written approval, the work will be performed at the Subcontractor's own risk and expense. No alteration, addition, omission, or change shall be made in the work, except upon written Change Order issued by the Contractor. Any change or adjustment in the Subcontract Price must be specifically stated in a written Change Order. Change Orders are subject to the terms of this Agreement and all other Subcontract Documents. Prior to the issuance of any Change Order, the Contractor may require the Subcontractor to furnish a detailed breakdown showing the difference in value of each item of the work added, omitted, or changed by the proposed Change Order. If an agreement as to monetary allowance or other term in the Change Order cannot be reached, the Subcontractor shall perform the work with the final adjustment reserved until final completion of the work. The monetary amount for the performance of any Change Order shall not exceed the allowance set forth in the Subcontractor's prior price breakdown. The failure of the Subcontractor to commence performance of any Change Order, when so directed in writing by the Contractor, whether or not all terms have been agreed upon, shall be a material breach of this Agreement. Any extension of time needed as a result of a proposed Change Order shall be requested by the Subcontractor, in writing, prior to the issuance of the Change Order, and shall be incorporated therein. There shall be no other monetary or time allowance, direct or indirect, to the Subcontractor other than what is specifically written in the Change Order, including, but not limited to, delays, suspensions, escalations, impact, and all other cost factors. Ordinary field modifications which do not substantially increase Subcontractor's cost of work will be performed without any price adjustment.

No Change Order will be issued for additional work of any kind unless approved by the Architect and the Owner prior to its issuance. In the event a controversy occurs between the Owner and Contractor concerning a Change Order, to the fullest extent permitted by law, no compensation for these items shall be due Subcontractor from Contractor until payment for them is received by Contractor, it being understood that receipt of payment by Contractor from the Owner is a condition precedent to the right of Subcontractor to receive payment from Contractor for the Change Order.

Where unit prices are stipulated in this Agreement, all adjustments, whether increases or decreases, shall be made in accordance with said unit prices. Unit prices shall be deemed to include all overhead, profit, supervision, and all other direct and indirect expenses. Note that the quantity for the unit price work may be approximated in the Prime Contract. Changes to quantity and the per unit price paid therefore are subject to the renegotiation clause contained in the Prime Contract.

If the price cannot be agreed upon, the Contractor may elect the option to direct the Change Order work to be done by the Subcontractor on a time and material basis. The Subcontractor shall prepare daily time and material invoices which shall be submitted to the Contractor's authorized representative for his or her signature on a daily basis. Unless the Prime Contract contains a provision therein allowing subcontractors a specified mark-up for overhead and profit to which Subcontractor agrees to be bound, said daily time and material invoices shall include only direct out-of-pocket material, equipment, and labor costs with a maximum total mark-up of ten (10) percent. The ten (10) percent mark-up on time and material invoices is deemed to be full and complete compensation to the Subcontractor for all costs including overhead, supervision, and profit. In the event the Change Order work is the result of the Owner's act or omission, the Subcontractor Price for the Change Order shall not increase more than what the Owner agrees to pay for the work, less a reasonable deduction for work performed by the Contractor, as well as for the Contractor's overhead and profit.

## 9. CLAIMS

If the Subcontractor shall claim compensation for any damage sustained by reason of any act or omission of the Owner, the A/E, the Contractor, or any other person or should the Subcontractor claim that any work required of it is not required by this

4

 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 I Phone: (949) 242-4432 I Fax: (949) 231-1255 I www.ohlusa.com

Agreement, it shall, within two (2) calendar days after sustaining such damage or within two (2) calendar days after being directed to perform such work, deliver to the Contractor a written statement of the nature and basis of its claim and, within thirty (30) calendar days of providing such initial written notice, the Subcontractor shall deliver to the Contractor a verified and itemized statement of the details and amount of such damage or extra work, unless the Prime Contract requires notice and information about a claim to the Owner in a shorter period of time, in which case the shorter period shall prevail. If the Contractor shall require any additional data, the Subcontractor shall furnish the same within five (5) calendar days after written demand.

No claim against the Contractor shall be made or asserted in any action or proceeding at law or in equity, and the Subcontractor shall not be entitled to allowance of such claim, unless the Subcontractor has complied with all requirements relating to the giving of written notice of the information with respect to such claim as provided in this Agreement, including this section and Section 12.

The failure of the Subcontractor to give such written notice and information as to any claim shall be conclusively deemed to be a waiver by the Subcontractor of such claim, such written notice and information being conditions precedent to such claim. As used herein, "claim" shall include any claim arising out of, under, or in connection with, or in any way related to or on account of, this Agreement (including claims in the nature of breach of contract or fraud or misrepresentation before or subsequent to the acceptance of this Agreement and claims of a type which are barred by the provisions of this Agreement) for damages, payment, or compensation of any nature or for extension of any time for performance of any part of this Agreement.

The requirements of notices and information of this Agreement, including this section and Section 12, are for the purpose of enabling the Contractor to avoid waste of funds by affording it promptly the opportunity to cancel or revise any order, change its plans, mitigate or remedy the effects of circumstances giving rise to a claim, or take such other action as may seem desirable and to verify any claimed expense or circumstances as they occur, and the requirements herein for such notice and information are essential to this Agreement.

The requirements of notices and information of this section are required whether or not Contractor is aware of the existence of any circumstances which might constitute a basis for a claim and whether or not the Contractor has indicated it will consider a claim.

Upon compliance with these provisions, the Contractor will, upon the Subcontractor's written request, take all commercially reasonable steps to obtain from the Owner, if possible, payment for such damage or extra work. The Contractor shall not, however, be obliged to institute any legal action or proceeding upon such claim. In no event shall the sum to be paid to the Subcontractor exceed the amount in fact received therefor by the Contractor from the Owner.

If the Owner shall, at any time, order the suspension or termination of work, the Contractor without additional cost may order the Subcontractor to suspend or terminate performance until such time as the Owner directs it to proceed.

The Contractor shall not be liable, and the Subcontractor shall make no claim against the Contractor for damages for any delay, suspension, or interruption of the work, whether caused by the Contractor, any of the Contractor's other subcontractors, any other contractor on the site, the Owner or the Owner's representatives, or the A/E.

If the Contractor discontinues work through no fault on its part, this Agreement shall, at the Contractor's option, be terminated and the Contractor shall thereupon be liable to the Subcontractor only when payment is received from the Owner and only for the value, prorated on the basis of the Subcontractor's compensation hereunder, of such work as has been performed up to the time of such termination. In no event shall the Contractor be liable to the Subcontractor for any loss of profits on unperformed work. If monies are withheld by the Owner from amounts due the Contractor due to no fault of the Subcontractor, Subcontractor shall be paid for his work by the Contractor.

5

Initials:
C323-FERREI

OHL USA / CA

 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 I Phone: (949) 242-4432 I Fax: (949) 231-1255 Iwww.ohlusa.com

## 10. MATERIAL, EQUIPMENT, INSPECTION, STORAGE, AND APPROVALS

The Subcontractor shall provide, at its own expense, sufficient, safe, and proper facilities for the inspection of the Subcontractor's work by the Contractor, Owner, and the A/E. The Subcontractor shall be responsible for the receipt, delivery, unloading, storage, protection, insurance, and all risk of loss relating to any materials or equipment it is to furnish and/or install until the final acceptance of the work by the Owner. If the Contractor permits the Subcontractor to use hoists, conveyances, or any scaffold or other equipment which is either owned or leased by the Contractor, the Subcontractor shall satisfy itself as to the safety of such facilities; and the Subcontractor assumes entire responsibility for, and shall indemnify and save harmless the Contractor to the fullest extent permitted by law against any liability, loss, or expense (including attorneys' fees) incurred in consequence either of bodily injury (including death) or of damage to property which arises out of any such use and shall, at the Subcontractor's expense, defend any action brought against the Contractor or the Owner by anyone, growing out of such accident or injuries, any incident, damage, or injury arising out of such facilities and the use thereof, whether or not the operators operating such equipment, are on the Contractor's or Subcontractor's payroll when any such accident or injuries may occur.

The Subcontractor shall protect its work, and shall be liable for it prior to its final acceptance by the Contractor, Owner, and A/E. The Contractor shall not be responsible or liable for any damage, which shall happen to the Subcontractor's work, material, or equipment unless such damage is caused by the negligence of Contractor, Owner, or other subcontractors, or their agents or employees.

If the Contractor furnishes materials to the Subcontractor, then the Subcontractor shall inspect all materials at time of receipt and delivery. The Subcontractor shall be responsible to notify the Contractor immediately, in writing, of any defects or non-conformity in the material delivered. Failure to notify the Contractor shall be deemed an acceptance of the material as being in accord with this Agreement. The Subcontractor shall be liable for any damages incurred by the Contractor as a result of its failure to so notify the Contractor.

Within 24 hours after receiving written notice from the Contractor, the Subcontractor shall remove any portion of its work which is condemned or disapproved as not being in compliance and conformity with the requirements of the Subcontract Documents. The Subcontractor shall promptly, at its own expense, correct and rectify same. If the Contractor determines that it will accept non-conforming work, the Contractor shall be entitled to a credit for the non-conformity, less overhead and profit unless required by the Owner, plus all other costs incurred. Any inspection or supervision by the Contractor shall not relieve the Subcontractor of its obligations. The Subcontractor shall promptly perform any and all punch-list work.

All work done and material or equipment delivered shall become the property of the Contractor and shall not be removed from the site without the Contractor's written consent; when directed by the Contractor, the Subcontractor shall forthwith remove all surplus material, scaffolding, apparatus, machinery, tools and equipment furnished by it.

## 11. CLEANUP, SIGNS, AND SHEDS

The Subcontractor shall continuously maintain the Project free from all dirt, rubbish, debris, and any other waste materials produced by its work. The Subcontractor shall be responsible for the removal and disposal of all receptacles into which same is deposited. On the completion of the various portions of the work, the Subcontractor shall broom clean its work areas. Should Subcontractor fail to remove its debris, Contractor may remove it and charge the cost to Subcontractor.

Unless approved by the Contractor, the Subcontractor shall not place any signs, billboards, or posters on any portion of the Project, the Property, or fences surrounding the site.

If so required by the Contractor, the Subcontractor shall, at its own cost, provide, erect, and maintain, at locations designated by the Contractor, tool sheds for storing the Subcontractor's tools, materials, and equipment and trailers for use by its workers. The Subcontractor shall relocate its trailers and sheds as requested by the Contractor at the Subcontractor's own cost. The Contractor will not be responsible for any clothing, tools, materials, or equipment lost, damaged, stolen, or destroyed.

6

Initials:
C323-FERREI

OHL USA / CA

# OHL USA

1920 Main Street, Suite 310 – Irvine, CA 92614 **l** Phone: (949) 242-4432 **l** Fax: (949) 231-1255 **l**www.ohlusa.com

**12. PROGRESS AND PERFORMANCE**
TIME IS OF THE ESSENCE in the Subcontractor's commencement, prosecution, and construction of the work. Therefore, Subcontractor shall be liable for all direct and consequential damages arising out of Subcontractor's breach of this Agreement. Subcontractor shall: (a) within ten (10) calendar days of the execution of this Agreement, submit to Contractor a detailed, proposed schedule for the Subcontract Work for Contractor's approval in preparing an overall Project progress schedule; (b) begin the Subcontract Work promptly upon Contractor's order to do so; (c) coordinate and perform the Subcontract Work diligently and promptly and in such order and sequence as Contractor may from time to time direct and will not delay completion of the Subcontract Work or any other Project work; (d) furnish at all times sufficient, qualified, and competent forces and supervision, and adequate, conforming, and usable materials, equipment, plants, tools, and other necessary items to achieve progress according to Contractor's current Project progress schedule; and (e) provide a resource loaded recovery schedule within reasonable time after demanded by Contractor. Failure to comply with any of the requirements of this section is a material breach of this Agreement and is grounds for Contractor to withhold payment to Subcontractor.

If Subcontractor fails to provide a schedule in the time and manner required by this section, Subcontractor agrees to be bound by the Contractor's schedule for the Project.

Subcontractor also agrees to be bound by such modifications to the Project schedule as are discussed at any job progress meetings and are contained in the minutes of those meetings unless written objection is delivered in writing by Subcontractor within forty-eight (48) hours of the occurrence of such meeting.

Without limiting the generality of the foregoing and in recognition of the completion dates contained in the Subcontract Documents, whenever requested by the Contractor, Subcontractor shall: (a) submit, with its proposed schedule, information showing the time required to prepare and approve shop drawings, to fabricate and deliver materials and equipment, and to install the Subcontract Work; (b) order (for manufacture or purchase and delivery) all materials required for performance of the Subcontract Work as soon as possible in order to avoid delays caused by strikes, transportation, or unavailability; (c) furnish Contractor within thirty (30) calendar days a list of major materials and equipment required for the Subcontract Work showing the dates on which such material and equipment is expected to be delivered to the Project site; (d) cause a qualified home office supervisory representative to attend all progress meetings; and (e) provide a recovery schedule when in the sole discretion of Contractor the Subcontractor's work is delayed. Failure to comply with the above listed requirements when requested by Contractor shall be a material breach of this Agreement and shall be grounds for termination for cause.

Subcontractor shall notify Contractor immediately by telephone and confirm in writing within seventy-two (72) hours, if Subcontractor finds that any item cannot be delivered as required to maintain Contractor's progress schedule.

The Subcontractor shall proceed with each and every part of this Agreement in a prompt and diligent manner. The Subcontractor, without additional compensation, shall perform its work at such times, in such order, and in such manner as the Contractor may direct. The Subcontractor shall continue and complete its work so as not to delay the Contractor, the Owner, other contractors or subcontractors, and so as to insure completion as directed by the Contractor.

Any time specified for the completion of this Subcontractor's work or portion thereof in the Subcontract Documents or in the schedules that shall be published, is a material provision of this Agreement, and time is of the essence. The Subcontractor shall promptly increase its forces, accelerate its performance, work overtime and weekends, without additional compensation, if, in the sole opinion of the Contractor, such work is necessary to maintain proper progress. The Subcontractor shall conform to the Contractor's hours of work. No premium time will be acknowledged or paid unless pursuant to a prior written authorization by the Contractor. If the Subcontractor should delay the progress or performance of the work, then the Subcontractor shall be in breach of this Agreement, and the Subcontractor shall defend (at Contractor's request) and indemnify and hold the Contractor harmless from all damages suffered as a result thereof. The Subcontractor agrees that, if it shall delay the progress of the work so as to cause loss to the Contractor or delay, impede, interfere with, or injure the work of other contractors or subcontractors employed at the Project, or shall cause the Contractor to become obligated for liquidated or actual damages to the Owner, or shall cause the Contractor to suffer the loss or diminution of any compensation

7

Initials:
C323-FERREL

OHL USA / CA ___

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer



# OHL USA

1920 Main Street, Suite 310 – Irvine, CA 92614 | Phone: (949) 242-4432 | Fax: (949) 231-1255 | www.ohlusa.com

or payment, Subcontractor shall defend (at Contractor's request) and indemnify and save harmless the Contractor and reimburse the Contractor for all damages that may result therefrom, including the loss or diminution of any compensation or payment. The Contractor shall be entitled to terminate this Agreement for cause due to late performance.

Should the Subcontractor's performance, in whole or in part, be delayed for reasons beyond the Subcontractor's control, the Subcontractor shall be entitled to an extension of time in which to complete its work, which extended period shall be determined and fixed by Contractor. As a condition precedent to an extension of time, the Subcontractor shall give written notice to the Contractor within forty-eight (48) hours after the time when Subcontractor knows or should know of any cause which might under any circumstances result in a delay for which Subcontractor claims or may claim an extension of time (including those causes which the Contractor or Owner is responsible for or has knowledge of), specifically stating that an extension is or may be claimed, identifying such cause and describing, as fully as practicable at the time, the nature and expected duration of the delay and its effect on the various portions of the Subcontract Work. Such extensions of time shall be Subcontractor's sole and exclusive remedy for any such occurrence and Contractor shall be released and discharged of and from any claims which Subcontractor may have on account of any cause of delay, whether or not specifically stated herein.

Since the possible necessity for an extension of time may materially alter the scheduling, plans, and other actions of the Contractor, and since, with sufficient opportunity, the Contractor might if it so elects attempt to mitigate the effect of a delay for which an extension of time might be claimed, and since merely oral notice may cause disputes as to the existence or substance thereof, the giving of written notice as above required shall be of the essence to the Subcontractor's obligations and failure of the Subcontractor to give timely written notice as above required shall be a conclusive waiver of an extension of time.

To the fullest extent permitted by the law, as between the Subcontractor and Contractor, the Subcontractor assumes the risk of all suspensions of or delays in the performance of the Subcontract Work, regardless of the length thereof, arising from all causes whatsoever, whether or not relating to this Agreement, including wrongful acts or omissions of the Owner and Contractor, their respective officers, agents, employees and contractors, except only to the extent, if any, an extension of time may be due as expressly provided from elsewhere in this Agreement and except to the extent, if any, that compensation may be agreed to by the Owner. Subject only to such exceptions, the Subcontractor shall bear the burden of all costs, expenses, and liabilities which he may incur in connection with such suspensions or delays, and all such suspensions, delays, costs, and liability of any nature whatsoever, whether or not provided for in this Agreement, shall conclusively be deemed to have been within the contemplation of the parties.

Notwithstanding any provisions of this Agreement, whether relating to time of performance or otherwise, the Contractor makes no representation or guaranty as to when the construction site or any part thereof will be available for the performance of this Agreement or as to whether conditions at the construction site will be such as to permit the Subcontract Work to be performed thereon without interruption or by any particular sequence or method or as to whether the performance of the Subcontract Work can be completed by the time required under this Agreement.

Wherever in connection with the Subcontract Work it is required, expressly or otherwise, that the Contractor shall perform any act relating to the Subcontract Work, including making available or furnishing any real property, materials, or other things, no guaranty is made by the Contractor as to the time of such performance and the delay of the Contractor in fulfilling such requirements shall not result in liability of any kind on the part of the Contractor except only to the extent, if any, that an extension of time or compensation may be due as expressly provided for elsewhere in this Agreement.

## 13. INDEMNIFICATION
The following indemnification requirements shall apply to Subcontractors and their subcontractors, suppliers, trucking and delivery companies, and materialmen performing work on Projects located in California.

8

Initials:
C323-FERREI 

OHL USA / CA ___

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer

 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 I Phone: (949) 242-4432 I Fax: (949) 231-1255 Iwww.ohlusa.com

**Subcontractor's Indemnification and Defense of Contractor.** With the exception that this Section shall in no event be construed to require indemnification by Subcontractor to a greater extent than permitted under the statutes or public policy of the State of California, Subcontractor shall defend, indemnify, and save harmless Contractor, including its officers, directors, partners, joint venturers, agents, employees, affiliates, parents and subsidiaries, and each of them, of and from any and all claims, demands, causes of action, damages, costs, expenses, actual attorneys' fees, losses or liabilities, in law or in equity, of every kind and nature whatsoever ("Claims") arising out of or in connection with Subcontractor's obligations under this Subcontract.  Subcontractor's duties under this Section shall apply to Claims for, but not limited to:

(a) Personal injury, including, but not limited to, bodily injury, emotional injury, sickness or disease, or death to persons, including, but not limited to, any employees or agents of Subcontractor, Owner, Contractor, or any other subcontractor and/or damage to property of anyone (including loss of use thereof) caused or alleged to be caused in whole or in part by any act or omission of Subcontractor, its employees, agents, sub-subcontractors and others for whom Subcontractor is responsible.

(b) Damages and penalties imposed on account of the violation of any law, order, citation, rule, regulation, standard, ordinance or statute, caused by the action or inaction of Subcontractor.

(c) Infringement of any patent rights which may be brought against the Contractor arising out of the Work.

(d) Claims and liens for labor performed or materials used or furnished to be used in performance of the Work, including all incidental or consequential damages resulting to Contractor from such claims or liens.

(e) Any violation or infraction by Subcontractor of any law, order, citation, rule, regulation, standard, ordinance or statute in any way relating to the occupational health or safety of employees, including, but not limited to, the use of Contractor's or others' equipment, hoists, elevators, or scaffolds

(h) Any failure or alleged failure to comply with the terms of this Subcontract or the Contract Documents.

The indemnification requirements of this Section shall extend to Claims occurring after this Subcontract is terminated as well as while it is in force. Such indemnity provisions apply to the fullest extent permitted by law, regardless of any passively negligent act or omission of Contractor, or its agents or employees. Subcontractor, however, shall not be obligated to indemnify Contractor for Claims arising from the active negligence, sole negligence, or willful misconduct of Contractor, or its agents, employees or independent contractors who are directly responsible to Contractor, or for defects in design furnished by such persons, or for Claims that do not arise out of the Work.

Except as otherwise provided by the statutes or public policy of the State of California, the Subcontractor's obligations under this Section, do not affect, and are not affected by the insurance required of the Subcontractor pursuant to this Agreement.

With respect to Claims by an employee of Subcontractor, anyone directly or indirectly employed by Subcontractor or anyone for whose acts it may be liable, the indemnification obligation under this Section shall not be limited by a limitation on the amount or type of damages, compensation or benefits payable by or for Subcontractor under workers' compensation acts, disability benefit acts or other employee benefit acts.

Subcontractor shall promptly pay and satisfy any judgment or decree that may be rendered against Contractor or its agents or employees, or any of them, arising out of any Claim covered by this Section .

**Defense of Claims.**

(a) With respect to any Claims against Contractor as to which Subcontractor owes to Contractor a defense obligation, Subcontractor, having considered its options available at law, hereby elects to proceed under California Civil Code Sections 2782(e)(2) and/or 2782.05(e)(2), and further agrees that upon final

9

Initials: 
C323-FERREI

OHL USA / CA ___

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer



# OHL USA

1920 Main Street, Suite 310 – Irvine, CA 92614 **I** Phone: (949) 242-4432 **I** Fax: (949) 231-1255 **I** www.ohlusa.com

resolution of any such Claim, any reimbursement for defense fees and costs previously paid by Subcontractor shall be governed by such provisions of the California Civil Code .

**(b)**     Subcontractor shall, at Subcontractor's own cost, expense and risk, defend (with counsel designated by Contractor) all Claims as defined above that may be brought or instituted by third persons, including, but not limited to, governmental agencies or employees of Subcontractor, against Contractor, subject to the provisions of Civil Code Sections 2782(e)(2) and/or 2782.05(e)(2).

**(c)**     Subcontractor shall reimburse Contractor or its agents or employees for any and all legal expense incurred by any of them in connection herewith or in enforcing the indemnity granted in this Section .

**Subcontractor's Indemnification and Defense of Owner and Others.** With the exception that this Section shall in no event be construed to require indemnification by Subcontractor to a greater extent than permitted under the statutes or public policy of the State of California, Subcontractor shall defend, indemnify, and save harmless Owner, including its officers, directors, partners, joint venturers, agents, employees, affiliates, parents and subsidiaries, and each of them, as well as any other persons that Contractor is required to indemnify and defend under the Contract Documents, of and from any and all Claims, to the same extent that Contractor is required to defend and/or indemnify Owner and such other persons, but only with respect to Claims arising out of or in connection with Subcontractor's performance under this Subcontract.

**Sub-subcontractor Indemnity.**   Subcontractor shall ensure that its sub-subcontractors of every tier also fully indemnify and defend Contractor, Owner and any other persons that Contractor is required to indemnify and defend under the Contract Documents, to the same extent that Contractor is required to indemnify and defend such persons.

**Construction of Section.** Notwithstanding any of the provisions of this Section, if it is finally determined by a court of competent jurisdiction that any of such provisions are void or unenforceable under governing law, then such provisions shall be deemed stricken from this Subcontract and the remaining provisions shall remain in full force and effect and shall be construed to provide for the maximum defense and indemnification obligation by Subcontractor permitted by law.

## 14. INSURANCE

Before commencing the Work, as defined in the Agreement, Subcontractor shall obtain and maintain, at its own expense, from insurance companies lawfully authorized to do business in the jurisdiction in which the Project is located and satisfactory to Contractor, insurance according to the limits and terms identified below for the duration of the Project and as required after completion. In the event Subcontractor hires any subcontractors, suppliers, trucking and delivery companies, and materialmen, Subcontractor shall ensure that its contract with such subcontractors, suppliers, trucking and delivery companies, and materialmen includes all of the provisions of this Section 14.

**1.1**     **Comprehensive Business/Automobile Liability Insurance.** This insurance shall be on a current ISO form or equivalent and apply on an "any auto" basis, including all vehicles used in connection with the Subcontract Work, and provide annual limits of at least $2,000,000 per occurrence - bodily injury and property damage combined including uninsured and underinsured motorist coverage and medical payment protection. Coverage shall include, without limitation, loading and unloading.

**1.2**     **Workers' Compensation** (including but not limited to coverage or endorsements for Occupational Disease Benefits, Voluntary Compensation and Disability Benefits, Jones Act and U.S. Longshoremen's and Harbor Worker's Act, if applicable) – Statutory Limits for the state(s) in which the Work will take place.  If applicable, coverage shall contain an "Other States Endorsement." Self-insurance is not acceptable. If Subcontractor leases one or more employees through the use of a payroll, employee management or other company, then Subcontractor must procure workers' compensation insurance written on an "if any" policy form, including an endorsement providing coverage for alternate employer/leased employee liability. Such insurance shall be in

10

 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 I Phone: (949) 242-4432 I Fax: (949) 231-1255 Iwww.ohlusa.com

addition to the workers' compensation coverage provided to the leased employee by the payroll, employee management or other company.

**1.3  Employer's Liability.**  This insurance shall have limits of at least $2,000,000 for each bodily injury by accident, each bodily injury by disease, and annual aggregate.

**1.4  Commercial General Liability Insurance.** This insurance shall be provided by a current ISO occurrence form policy, including, without limitation, coverage for damages because of bodily injury, death, property damage and personal and advertising injury.  This insurance shall include, without limitation, coverage for ongoing operations as well as the products-completed operations hazard, with no exclusion for explosion, collapse, or underground hazards. Coverage will also include Contractual Liability Insurance against the liability assumed hereinabove, Independent Contractors Liability Insurance if Subcontractor sublets to another all or any portion of the Subcontract Work (with no exclusions for subcontracted work), and Personal Injury Liability Coverage..

This insurance shall have annual limits, dedicated to the Project, of at least **$2,000,000** combined single limit for bodily injury and property damage each occurrence; **$4,000,000** general aggregate; and **$4,000,000** products/completed operations aggregate.  This insurance shall be maintained from commencement of the Work until not less than **10 years** after final completion and acceptance of the Project, or to the applicable Statute of Repose in the state where the Project is located, whichever is shorter. If the policy includes a professional services exclusion, it may be no broader than ISO form CG 22 79 07 98.

**1.5  Umbrella and Excess Liability**

Subcontractor shall provide excess liability limits of **$25,000,000** in the form of an umbrella or excess liability policy.  This insurance shall follow form to the Employer's Liability, Commercial General Liability, and Automobile Liability policies listed above, and shall "drop down" for defense and indemnity in the event of exhaustion of the underlying insurance.

**1.6  Professional Liability Insurance**

Subcontractor shall provide professional liability insurance with annual limits of at least **$2,000,000** per claim and **$5,000,000** in the aggregate. This insurance must be maintained for at least **10 years** after final completion of the Project, or to the applicable Statute of Repose in the state where the Project is located, whichever is shorter. The retroactive date, if any, must be before the commencement of any work or services under this Agreement.

All subcontractors utilizing testing companies or surveying companies shall obtain or require such testing companies or surveying companies to obtain Errors and Omissions liability coverage with a minimum limit of **$1,000,000** per claim and a maximum deductible of **$25,000**. Certificates of Insurance satisfactory to the Contractor are to be provided prior to commencement of the Subcontract Work.

**1.7  Pollution Liability Insurance**

Subcontractor shall provide pollution liability insurance for bodily injury and/or property damage with limits of not less than **$5,000,000** per occurrence or per claim. Coverage must include completed operations, defense, excavation, environmental clean-up, remediation and disposal. This coverage must remain in force for both on-Site and off-Site exposures, and must remain in place for a period of not less than **5 years** following final completion of the Project.

11





# OHL USA

1920 Main Street, Suite 310 – Irvine, CA 92614 I Phone: (949) 242-4432 I Fax: (949) 231-1255 I www.ohlusa.com

**1.8  Crane Liability and Riggers Legal Liability Insurance**

All subcontractors operating, hiring, or contracting others to use, operate, or hire a crane will be required to supply Contractor with an updated crane certification and adhere to all current OSHA Standards, including OSHA Standard # 1926.1427, and any subsequent revisions. The crane certification shall be kept on the job site at all times. In addition, Subcontractor will maintain or cause to be maintained property damage insurance for the Crane and Riggers Liability insurance with minimum limits of **$5,000,000** per occurrence (claims made policies are not acceptable unless approved by Contractor in writing and are subject to additional insurance requirements) covering loss or damage to all property, including not only property in operator's care, custody, and control but also consequential damage to all other property arising from all Crane and/or Rigging operations. The insurance coverages will be the broadest form available including Boom Overload and Collapse, Over-the Road Liability, Debris Removal, Preservation of Property, and, if applicable, Property in Transit. The policy will name the Contractor, Owner, and other entities as may be reasonably requested as additional insureds. All damages to the crane are the sole responsibility of the Subcontractor and the Subcontractor waives and shall cause all applicable insurance carriers providing physical damage insurance on the Crane to also waive all right of recovery against the Contractor, Owner, and all other parties with interest in the Project for all damages to the crane.

**2.  General Insurance Requirements**

**Additional Insureds.**  To the extent permitted by law the Indemnified Parties and such other parties as Contractor or the Prime Contract may designate, shall be listed as additional insureds on Subcontractor's Commercial General Liability, Business Auto Liability, and Umbrella/Excess policies (if Umbrella/Excess insurance is required). Each policy (including umbrella/excess) shall state that the insurance provided to the additional insureds is primary and non-contributory to any other insurance (including primary, excess, self-insurance, or on any other basis) available to the additional insureds. The insurance policies shall not eliminate or restrict coverage for claims or suits between named insureds and additional insureds. The coverage provided to the additional insureds must be at least as broad as that provided to the first named insured on each policy. In the event that any policy provided in compliance with this Insurance Attachment states that the coverage provided to an additional insured shall be no broader than that required by contract, or words of similar meaning, the parties agree that nothing in this Insurance Attachment is intended to restrict or limit the breadth of such coverage. With respect to the Commercial General Liability policy, additional insured status must be provided by I.S.O. forms CG 20 10 04 13, CG 20 26 04 13 or CG 20 38 04 13 and CG 20 37 04 13, or equivalent.. The Additional Insured endorsement must follow any and all language required by the Owner in the Prime Contract: **OHL USA, USACE, Riverside County Flood Control and Water Conservation District, County of Riverside, and City of Temecula**

IN THE EVENT THAT THE LAW OF THE STATE IN WHICH THE PROJECT IS LOCATED (OR OTHER APPLICABLE LAW) LIMITS THE ADDITIONAL INSURED COVERAGE THAT THE INDEMNIFIED PARTIES MAY REQUIRE FROM SUBCONTRACTOR, THEN SUBCONTRACTOR SHALL BE REQUIRED TO OBTAIN ADDITIONAL INSURED COVERAGE TO THE FULLEST EXTENT OF COVERAGE AND LIMITS ALLOWED BY APPLICABLE LAW AND THIS CONTRACT SHALL BE READ TO CONFORM TO SUCH LAW.

**2.1  Minimum Limits.**  The limits of insurance provided by Subcontractor shall be the greater of the limits maintained in the normal course of Subcontractor's business or the minimum limits specified in this Insurance Attachment. The limits of insurance stated above for each type of insurance are minimum limits only; in the event Subcontractor's policy provides greater limits, then the additional insureds shall be entitled to, or to share in, the full limits of such policy, and this Insurance Attachment shall be deemed to require such full limits.

12

Initials:
C323-FERREI 

OHL USA / CA 

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer

 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 **|** Phone: (949) 242-4432 **|** Fax: (949) 231-1255 **|**www.ohlusa.com

**2.2 Tools, Equipment and Supplies.** Subcontractor is responsible for insuring its own tools and equipment. Subcontractor is responsible for insuring any supplies, materials or other materials destined for incorporation into the Subcontract Work which are not insured under either Owner's property insurance or builder's risk insurance. Subcontractor should contact Contractor with any questions in this regard.

**2.3 Waivers of Subrogation.** To the fullest extent permitted by law, all insurance Subcontractor furnishes in compliance with this Insurance Attachment shall include a waiver of subrogation in favor of all parties required to be added as additional insureds under Section 2.1 above. The waiver obligation shall apply to all applicable policies including, with all limitation, general liability, auto, and workers compensation.

**2.4 Certificates of Insurance.** Prior to commencement of the Subcontract Work, and prior to any personnel coming onto the Project Site, and within three (3) days of any renewal, change in coverage, or replacement of coverage, Subcontractor shall provide Certificates of Insurance ("COIs")indicating the Project and evidencing all required coverages, including policy numbers, dates of expiration, and limits of liability thereunder. Subcontractor shall continue to provide COIs to Contractor annually, and in the event of any change in insurer, limits, or coverage, during the entire time period for which such insurance is required under this Insurance Attachment. In addition, upon request, Subcontractor shall deliver to the Contractor a true and correct copy of endorsements or other similar documents from each applicable insurance company, evidencing the addition of the Indemnified Parties, and other entities as may be reasonably requested, as additional insureds under all applicable policies.

Subcontractor's failure to provide COIs shall not relieve it of its responsibility to carry and maintain the insurance required by this Insurance Attachment. Contractor's failure to demand or inspect a COI, and/or Contractor's failure to identify or object to any discrepancy therein, is not a waiver of any requirement contained in this Insurance Attachment or elsewhere in this Agreement.

**2.5 Notice of Cancellation.** All policies shall contain a provision that coverages afforded under the policies shall not be canceled, materially changed, or not renewed unless at least thirty (30) days prior written notice has been given to Contractor.

**2.6 Deductibles & Self-Insured Retentions.** The policies Subcontractor furnishes in compliance with this Insurance Attachment shall not be subject to any deductible or self-insured retention in excess of $25,000 unless approved in writing by Contractor. Subcontractor shall be responsible for any deductible or self-insured retention due under any insurance it provides. The coverage afforded to the additional insureds under Section 2.1 above shall not be conditioned on the payment of any deductible or retention.

**2.7 Contractor's Right to Procure Insurance.** In the event of a failure of Subcontractor to furnish and maintain said insurance and to furnish satisfactory evidence thereof, Contractor shall have the right (but not the obligation) to procure such insurance on behalf of Subcontractor, and Subcontractor shall furnish all necessary information in connection with Contractor's procurement and either pay the cost thereof to Contractor immediately upon presentation of a bill therefor, or have the cost thereof deducted from any payment otherwise due to Subcontractor under this Subcontract at Contractor's option. At Owners and Contractor's options, Contractor and/or Owner may provide a consolidated insurance program or other form of Project-specific insurance applicable to all or some subcontractors. The parties agree that in the event Owner and/or Contractor provides such insurance, Contractor may modify or replace this Insurance Attachment.

**2.8 No Waiver.** Any waiver or modification of the insurance requirements stated in this Insurance Attachment must be agreed to in writing by Contractor.

13

Initials:
C323-FERREI 

 OHL USA / CA

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer

 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 ┃ Phone: (949) 242-4432 ┃ Fax: (949) 231-1255 ┃www.ohlusa.com

**No Limitation.** IN THE EVENT THAT THE LAW OF THE STATE IN WHICH THE PROJECT IS LOCATED (OR APPLICABLE LAW) LIMITS THE APPLICABLITY OF ANY OF THE INSURANCE COVERAGE THAT CONTRACTOR MAY REQUIRE FROM SUBCONTRACTOR, THEN SUBCONTRACTOR SHALL BE REQUIRED TO OBTAIN COVERAGE TO THE FULLEST EXTENT OF COVERAGE AND LIMITS ALLOWED BY APPLICABLE LAW AND THIS CONTRACT SHALL BE READ TO CONFORM TO SUCH LAW.

### 15. OWNER RELATIONSHIP

The Subcontractor shall not interfere with the Contractor's relationship with the Owner. The Subcontractor shall not enter into any other contract relating to the Project without the Contractor's prior written consent. The Subcontractor further agrees that any and all communications with the Owner, whether formal or informal, written or oral, shall not be made without the prior knowledge and approval of Contractor.

### 16. TAXES, ESCALATION, ETC.

The Subcontractor shall pay any and all taxes, costs, fees, etc., imposed directly or indirectly on account of its work, labor, material, and services provided under or relating to this Agreement. At no time shall there be any increase or escalation in the agreed price on account of any such charge. The agreed Subcontract Price is valid for the duration of the Project. The Subcontractor shall, on demand, substantiate that all taxes and other charges are being properly paid.

### 17. SUBCONTRACTOR'S REPRESENTATIVE

The Subcontractor shall have a competent representative at the Project at all times. The Subcontractor shall replace said representative, without additional charge, if so requested by the Contractor.

### 18. ASSIGNMENT

The Subcontractor shall not assign this Agreement or any part or interest therein, or any monies due or to become due thereunder, without the Contractor's prior written consent. Any approved assignment shall be subject to all rights of Contractor reserved hereunder, which rights of Contractor shall always have first priority.

### 19. BONDS

The Subcontractor shall, as part of this Agreement, furnish to the Contractor full and duly executed Performance and Payment Bonds in the form annexed hereto as **"Attachment H – Payment and Performance Bonds"** and in the amount of the Subcontract price identified in **Attachment A**, issued by a state licensed surety company. Contractor will issue payment directly to the Surety for actual direct costs for these bonds upon receipt of an invoice from the Surety, not to exceed 1% of the Contract Price. Additionally, the Subcontractor is responsible for advising the Contractor of all additional costs inclusive of those related to bond premiums at the time each Change Order is negotiated.

If no Performance and Payment Bond is furnished to the Contractor, the Subcontractor's Principal shall execute and return a Personal Guarantee of payment for Subcontractor's prevailing wages, union dues, fringe, or union payroll in the form set forth in **"Attachment G – Principal's Personal Guaranty"**.

### 20. TERMINATION

Should the Subcontractor become insolvent, the Subcontractor may be deemed to be in material breach of this Agreement. For the purpose of this paragraph, any filing seeking relief under the Federal Bankruptcy Laws, whether Chapter 7 or Chapter 13, any Assignment for the Benefit of Creditors, any transfer to avoid creditor liability violative of the Debtor and Creditor Law of the State of where the Project is located, any failure to pay financial obligations as they become due, including tax liability and union agreement fringe benefits, shall be deemed an act of insolvency. Further, the Contractor may deem this contract materially breached if the Subcontractor fails to properly prosecute and perform any part of its work, fails to exert its best performance efforts, becomes the subject of any claim of failure to pay the appropriate wage rates (including fringe benefits), or is terminated under any other contract with the Contactor.

The failure of the Contractor to invoke the provisions of this paragraph may not be construed as a waiver of the material breach by the Contractor, or an acceptance by the Contactor of the acts of the Subcontractor.

14

Initials:
C323-FERREI

OHL USA / CA

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer



**OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 | Phone: (949) 242-4432 | Fax: (949) 231-1255 |www.ohlusa.com

In case of such breach, the Contractor may, at its discretion, and without prejudice to, or limitation of, any other remedy, right, or defense the Contractor may have, terminate this Agreement, or any part thereof, by giving three (3) calendar days written notice thereof to the Subcontractor. In case of a termination, the Contractor may take and use any and all materials, equipment, tools, or chattels furnished by or belonging to the Subcontractor either at or for the Project. The Contractor may, at its discretion, do whatever is necessary to assure performance of any terminated work, and take such action, if necessary, in the Subcontractor's name.

The Contractor may withhold from Subcontractor any monies otherwise due from this Agreement or due from any other agreement between the parties hereto, to offset the damages incurred as a result of a breach. In case of a breach, the Subcontractor and its surety company, if applicable, shall be liable to the Contractor for any and all additional costs, expenses, attorneys' fees, and all other damages which directly or indirectly result from the Subcontractor's breach or threatened breach.

If it shall be determined that a termination for cause under this clause was wrongful or unjustified, such termination shall be deemed to be a termination for convenience under section 32 of this Agreement.

### 21. LABOR RELATIONS AND STRIKES

The Subcontractor shall take all actions necessary to assure harmonious labor relations at the Project and to prevent strikes or other labor disputes. The Subcontractor shall abide by all labor agreements and jurisdictional decisions presently in force or subsequently executed with or by the Contractor. The Subcontractor's failure to so act shall be a material breach of this Agreement and Subcontractor shall fully defend and indemnify and make whole Contractor from any claims, grievances, and damages arising out of Subcontractor's failure to comply with any labor agreements.

### 22. DISCHARGE AND WAIVER OF LIENS

The Subcontractor shall promptly pay or discharge all construction, mechanics, materialmen, or laborers' liens filed against the Project by any of its subcontractors, suppliers, materialmen, employees, or other third parties unless the filed liens are due to Contractor's nonpayment of the Subcontractor, subject to the payment terms of this Agreement, and Subcontractor shall be responsible for all damages and expenses, including bond premiums, attorneys' fees, etc. to discharge and/or defend against same. The existence of such liens shall preclude the Subcontractor's right to receive payment until all such encumbrances have been satisfied or removed. In the event that the Subcontractor fails to discharge and/or defend against any such liens, the Contractor may at its option bond such lien at the expense of the Subcontractor and defend against such lien at the expense of the Subcontractor. The Contractor may retain out of any payment due or to become due to the Subcontractor an amount sufficient to completely indemnify itself from all costs, losses, potential losses, and expenses, including bond premiums, which the Contractor has sustained or may sustain as a result of such liens.

To the extent of each payment received from the Contractor, the Subcontractor shall furnish the Contractor with a Conditional and Unconditional Waiver and Release of Lien for all payments previously received from the Contractor and received simultaneously with the furnishing of the Conditional and Unconditional Waiver and Release of Lien.

### 23. PAYMENT BOND CLAIMS

In the event that the Contractor is the Principal under a payment bond issued by the Contractor's surety for the Project and in the event that any of the Subcontractor's subcontractors, suppliers, materialmen, employees, or other third parties asserts a claim against said payment bond, the Subcontractor shall promptly pay such claim or provide the Contractor with a written statement satisfactory to the Contractor and the Contractor's surety explaining why the claim is invalid. The Subcontractor shall be responsible for all damages and expenses in connection with any such claim (including attorneys' fees) and shall indemnify, defend, and hold the Contractor harmless therefrom. The Contractor may retain out of any payment due or to become due to the Subcontractor an amount sufficient to completely indemnify itself from all costs, losses, potential losses, and expenses which the Contractor has sustained or may sustain as a result of such claims.

### 24. GOVERNING LAW

This Agreement and the rights of the parties hereunder shall be governed by and interpreted in accordance with the Laws of the State and County where the Project is located. The Subcontractor hereby submits itself to jurisdiction in the state where

15

Initials:
C323-FERREI 

OHL USA / CA 

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer

 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 | Phone: (949) 242-4432 | Fax: (949) 231-1255 |www.ohlusa.com

the Project is located and agrees to accept service of process as if it were personally served within the state where the Project is located. Exclusive venue for any proceeding shall be in the State of and County where the Project is located.

**25. PATENTS AND COPYRIGHTS**
The Subcontractor shall not infringe on any patents or copyrights, and agrees to defend, indemnify, and hold the Contractor harmless, including attorneys' fees, against any such infringement and action for damages because of such infringements or alleged infringements by Subcontractor.

**26. DIVISIBILITY OF THIS AGREEMENT**
It is the express intention of the parties that each provision of this Agreement shall be enforced according to its terms and that no provision shall be construed in a manner which renders it invalid or unenforceable. However, if any article, paragraph, or subparagraph of this Agreement is declared void then such provision shall be severed and all of the other articles, paragraphs, and subparagraphs shall not be affected thereby and shall survive and remain in full force and effect.

**27. NO MODIFICATIONS**
This Agreement represents the entire agreement between Contractor and the Subcontractor and supersedes all prior negotiations, representations, or agreements. The Subcontractor agrees that only the statements expressly contained in this Agreement have been relied upon by it and have induced it to enter into this Agreement. Neither party shall be considered the drafter of the Agreement for purposes of interpretation and enforcement and no provision of this Agreement shall be construed more harshly against either party as the drafter of the Agreement. No provision of this Agreement shall be changed or modified, nor discharged, except by an agreement in writing signed by the both parties.

If, however, Subcontractor performs any work under this Agreement prior to Subcontractor's execution of this Agreement, Subcontractor's partial performance shall constitute an unconditional acceptance by Subcontractor of all terms, conditions, and obligations of this Agreement, without modification, and Subcontractor shall be bound to Contractor by all provisions of this Agreement as if fully executed by Subcontractor and as may be, except to the extent subsequently modified by the parties in accordance with this Article 27.

**28. DAMAGES**
The Subcontractor shall be responsible and liable for all costs, damages, and expenses, including attorneys' fees, incurred by the Contractor as a result of the Subcontractor's breach of any term or condition of this Agreement; or as a result of the Contractor's having to defend or take part in any action or proceeding which directly or indirectly relates to acts or omissions of the Subcontractor or its subcontractors, suppliers, materialmen, or employees.

**29. CONDITIONAL AGREEMENT**
This Subcontract is made conditional upon: (a) the award of the Prime Contract to the Contractor and the issuance of a notice to proceed by the Owner; (b) the approval and acceptance by Contractor of Subcontractor's work schedule; and (c) the approval of the Subcontractor by the Owner and A/E, where such approval is required. Retention of this Agreement by Subcontractor without written objection and commencement of performance hereunder shall be deemed acceptance and acknowledgment by Subcontractor of the terms and conditions of this Agreement.

**30. APPROVAL OF SUBMITTALS**
The approval by the Contractor, Owner, or A/E of any shop drawings or other submittals shall not relieve the Subcontractor of liability for any deviations from the Subcontract Documents or for the proper matching and fitting of the Subcontract Work with contiguous work, unless specifically called to the Contractor's attention, in writing, and acknowledged by the Contractor in writing.

**31. GUARANTY AND WARRANTY**
The Subcontractor, in addition to all other guarantees and warranties contained in the Subcontract Documents and not in limitation of the Contractor's other rights, warrants and guarantees that all materials and equipment furnished under this Agreement will be of first class quality and new, unless otherwise required or permitted by the Subcontract Documents; that

16

Initials:
C323-FERREI

OHL USA / CA

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer

 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 I Phone: (949) 242-4432 I Fax: (949) 231-1255 I www.ohlusa.com

the work performed pursuant to this Agreement will be free from defects; that its work is in strict accord with the Subcontract Documents; and that it shall, for a minimum of one (1) year after the date of final acceptance by the Owner, or within such longer period as may be provided in the Subcontract Documents, perform any maintenance or corrective work, without cost, as directed by the Contractor. The Contractor may demand assurance, by bond or otherwise, from the Subcontractor that it will abide by its guarantee and warranty as specified herein and as might otherwise be specified to a greater extent in this Agreement or the Prime Contract.

All warranties contained in this Agreement and in the Subcontract Documents shall be in addition to and not in limitation of all other warranties or remedies required and/or arising pursuant to applicable law. Performance of the aforementioned warranty and guarantee obligations shall be deemed to be a material component of Subcontractor's contractual obligations to perform the Subcontract Work.

The Subcontractor covenants, represents, and warrants that neither it nor its owners, principals, officers, directors, or key personnel for the Project have been suspended or debarred by any federal, state, or local government or agency.

### 32. TERMINATION FOR CONVENIENCE

The Contractor shall have the right, by three (3) calendar days written notice, to terminate and cancel this Agreement, without the Subcontractor being at fault, for its own convenience, and require the Subcontractor to stop work immediately. In such event, the Contractor shall pay the Subcontractor for that work actually performed in an amount proportionate to the Subcontract Price. The Contractor shall not be liable to the Subcontractor for any other costs, including prospective profits on unperformed work. However, if the reason for the termination is due to any default or action by the Owner, A/E, or as a result of an Order from a Judicial or administrative body or authority, then the Contractor shall not be liable to the Subcontractor for any sum greater than that which the Contractor receives from the Owner on behalf of the Subcontractor's work, less any costs incurred by the Contractor.

### 33. DISPUTE

If a dispute or claim shall arise out of an interpretation of the scope of the Prime Contract documents, or if the Owner has determined that no additional work order is required for the payment requested for the purported change, the Subcontractor agrees to process this claim in accordance with the procedure contained in the Prime Contract. If, however, the claim or dispute arises out of a direction provided by the Contractor or any other facet not within the purview of the Owner, the Subcontractor shall prepare a written statement of the basis for the claim containing the additional costs and file the notice within seven (7) calendar days from the direction that is the basis for the dispute with the Contractor.

Upon receipt of the notice, the Contractor shall designate an individual at the executive level to meet with a representative of the subcontractor, within thirty (30) days, in an attempt to resolve the dispute. If a resolution cannot be obtained in that forum, the parties hereto agree to submit the matter to binding arbitration in accordance with the following provision:

Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be settled by arbitration administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. The place of arbitration shall be in the State and County where the Project is located. Judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. Contractor shall have the right to join Subcontractor as a party in any dispute resolution proceeding (including, without limitation, binding arbitration or litigation) between the Owner and Contractor, between Contractor and any other subcontractor(s), together with such other subcontractors or parties as may be appropriate, and/or between Contractor and any other individual or entity wherein, in the judgment of Contractor, the issues in dispute are related to the work or performance of Subcontractor. Subcontractor hereby consents, upon Contractor's request, to Subcontractor's consolidation or joinder in that proceeding, to the applicability of any rules or procedures applicable to such proceeding, and hereby waives any objections to the forum and venue in which the proceeding is pending.

17

Initials:
C323-FERREI 

OHL USA / CA 

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer

 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 | Phone: (949) 242-4432 | Fax: (949) 231-1255 | www.ohlusa.com

**IN ANY LEGAL OR EQUITABLE ACTION BETWEEN THE CONTRACTOR AND THE SUBCONTRACTOR, THE CONTRACTOR AND SUBCONTRACTOR HEREBY EXPRESSLY WAIVE TRIAL BY JURY TO THE FULLEST EXTENT PERMITTED BY LAW.**

This Section shall not be deemed a limitation of any rights or remedies which Subcontractor may have under any federal or state mechanic's lien laws or under any applicable labor and material payment bonds unless such rights or remedies are expressly waived by it.

**34. PERIOD OF LIMITATIONS**
No legal action, proceeding, or arbitration shall be asserted or commenced by or on behalf of Subcontractor in connection with this Agreement, including, without limitation, any breach thereof, subsequent to one year after final completion of the Project. Any claim or cause of action of the Subcontractor shall be extinguished and deemed released unless asserted by the timely filing of a legal action or demand for arbitration within such period; provided, however, that if any shorter period of limitation is otherwise applicable to any such cause of action, the shorter period shall govern.

**35. SUB-SUBCONTRACTS**
All Sub-subcontractors shall be submitted to the Contractor for approval by Contractor and/or the Owner prior to the Sub-subcontractor performing any work on the Project. The Subcontractor hereby agrees to incorporate into any subcontracts and purchase orders, all provisions required by law to be incorporated therein, and all those provisions of this Agreement which affect the rights of the Contractor. Without limitation, this includes all obligations under this Agreement for Subcontractor to provide insurance for and to indemnify, defend (at the request of Contractor), and hold harmless the Contractor, the Owner, and their respective partners, parent companies, members, affiliates, subsidiaries, agents, officers, employees, principals, and anyone else acting for or on behalf of any of them. This Agreement does not create any contractual relationship, third-party beneficiary or otherwise, between Contractor and the Subcontractor's subcontractors or suppliers, nor between the Subcontractor and the A/E or Owner.

**36. DIVERSITY PLAN**
If the Subcontractor is part of the diversity plan for the Project, the Subcontractor agrees to comply with the goals and procedures established in the Prime Contract for M/W/DBE participation and the requirements set forth in "**Attachment D – Diversity Plan.**" If Subcontractor fails to satisfy such goals and/or the requirements of "**Attachment D – Diversity Plan**" at any time during the performance of the Subcontract Work, Subcontractor hereby authorizes Contractor to take any actions it believes are necessary to satisfy the requirements of the Prime Contract. In such event, Contractor may try to increase M/W/DBE participation on the Project by increasing M/W/DBE participation on Subcontractor's scope of work or on another subcontractor's scope of work. In such event, Subcontractor shall pay any penalty, damages, or expenses of any kind that Contractor sustains as a result of Subcontractor's failure to carry out and/or comply with any of the provisions of "**Attachment D – Diversity Plan,**" and Contractor may deduct the amount of any penalty, damages, or expenses of any kind that it sustains from any payment otherwise due or to become due to Subcontractor.

**37. PROGRESS PAYMENTS**
Prior to its first requisition for payment, the Subcontractor shall submit to the Contractor an itemized payment breakdown and estimate of quantities for each item of its work; and this estimate, if approved by the Contractor, shall be the basis for the requisitions. On or before the _____ day of each month, the Subcontractor shall file with the Contractor a requisition setting forth the value of all work performed to the end of the last day of the requisition period and the net payment claimed to be due. The Subcontractor shall also file with each requisition all records and forms required by the Owner for payment to the Contractor and an affidavit, in the form found as "**Attachment E – Certificate of Payment**" or in any form required by the Owner, certifying that all labor, material, equipment, and all rental charges incurred have been or will be fully paid. The Subcontractor shall permit the Contractor to inspect its records of costs, quantities, etc., whenever Contractor deems necessary.

In the event that this Project is subject to prevailing wage rates, the Subcontractor shall also provide the Contractor with its and its sub-subcontractors' certified payroll records establishing that all workmen have been paid in accordance with such rates and that all fringe benefits have been paid. At any time at the request of the Contractor, the Subcontractor shall

18

Initials:
C323-FERREI

OHL USA / CA

 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 I Phone: (949) 242-4432 I Fax: (949) 231-1255 Iwww.ohlusa.com

immediately furnish the Contractor with proof that all workmen of Subcontractor or its sub-subcontractors were paid in accordance with such wage rates and were paid all applicable fringe benefits. Such proof includes, but is not limited to, canceled checks and written acknowledgment of payment from such workmen. In the event that labor is not performed during a particular week, a "Statement of Non-Performance Payroll" must be submitted.

All progress payment requisitions, as related forms, are subject to audit. The estimate by the Owner or A/E of the value of work performed during a payment period shall be binding on the Subcontractor.

Subcontractor agrees to pay for all expenses, including, but not limited to, all labor, insurances, materials, equipment, tools, skills, services, work, and resources necessary or incidental to the full performance of the Contract, when and as bills or claims therefor become due. Subcontractor shall not use any payment to satisfy or secure any indebtedness until Subcontractor satisfies and secures every indebtedness that Subcontractor owes to its own employees and/or a person furnishing labor, equipment, or materials for use in performing services for, or the incorporation of materials into, the Project. Subcontractor agrees that all funds it receives are to be held in trust for use solely on the Project, and Subcontractor further agrees to be bound as a fiduciary to Contractor and to Subcontractor's subcontractors and suppliers to apply such funds properly to payment of labor, services, equipment, and materials for the Project. Should any such claims, encumbrances, or liens be filed against the premises or bonds, the Subcontractor agrees to take any and all necessary steps to have the same removed and discharged immediately upon being notified of its or their existence.

Progress payments will be made to the Subcontractor fifteen (15) days after the Owner pays the Contractor for the work and in the percent paid by the Owner for that work, unless applicable law requires otherwise and in which case applicable law shall dictate the time by which payment must be made. Subcontractor shall also furnish, as required by Contractor in its sole discretion, such partial or final lien waivers or releases as Contractor deems necessary to ensure that Subcontractor has paid all persons furnishing labor, material, or services in furtherance of any work furnished hereunder. Contractor also requires that the subcontractor furnish proof that all union contributions, if any, are current. The furnishing of such lien waivers, releases, and proof shall be a condition precedent to any payment hereunder. Moreover, no prior failure of Contractor to require such releases and waivers shall limit Contractor's right to require them subsequently.

Subcontractor specifically agrees that a major consideration in the award of this Agreement to it by Contractor is Subcontractor's agreement to look to Contractor and its surety for payment only after the Owner has paid Contractor for the work performed by Subcontractor and that, notwithstanding anything to the contrary contained within any of the Subcontract Documents, including, but not limited to, the Prime Contract, receipt of payment by Contractor from the Owner is a condition precedent to the right of Subcontractor to receive payment under this Subcontract as well as any bond issued on behalf of Contractor and, therefore, no funds will be owed to Subcontractor by Contractor or Contractor's surety, unless and until Contractor is paid by the Owner for Subcontractor's work. Receipt of payment from the Owner shall also be deemed a condition precedent to any claim for payment by Subcontractor against any surety bond procured by Contractor and against the surety issuing same. Subcontractor further agrees that this, its agreement concerning payment, shall relieve any surety of Contractor from its obligation, if any, to Subcontractor to the extent that the Owner has failed to pay Contractor.

In the event the Subcontractor, its sub-subcontractors, or suppliers are subject to the diversity plan provisions of this Agreement, as a condition for payment, Subcontractor must: (1) provide executed copies of any purchase order or subcontract for each sub-subcontractor or supplier comprising Subcontractor's portion of the diversity plan; and (2) any other reporting requirements provided in "**Attachment C – Diversity Plan**."

To the fullest extent permitted by law, strict compliance by the Subcontractor with the provisions of this paragraph shall be a condition precedent to the making of payments to the Subcontractor and Contractor shall have the right to withhold payment until such preconditions are met. Prior to making payment, Contracts shall have a reasonable time to pursue remedies against the owner if owner fails to make payment.

19

Initials:
C323-FERREI 

OHL USA / CA 

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer



**OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 I Phone: (949) 242-4432 I Fax: (949) 231-1255 Iwww.ohlusa.com

**38. STORED MATERIAL**
Unless otherwise provided for in this Agreement and only if approved in advance by the Owner, progress payment requisitions may include materials and equipment suitably stored at the site or at some other location agreed upon in writing by Owner and Contractor. Such progress payment requisitions shall include bills of sale, certificates of insurance, or such other documents required by Owner or Contractor to establish title to such materials and equipment and to otherwise protect the Owner's and Contractor's interests therein, including transportation to the Project.

Subcontractor expressly represents and warrants that title to all stored materials and equipment covered by a requisition is transferred to Contractor and/or Owner upon Subcontractor's submission to Contractor of such requisition. By submitting its requisition for stored materials and equipment to Contractor, Subcontractor expressly represents and warrants that no security interest by a lending institution or any other entity exists in the stored materials and equipment covered by such requisition.

Regardless of any payment, the risk of loss for stored materials and equipment at all times shall remain upon Subcontractor until final acceptance of the Project by Owner. Notwithstanding that the risk of loss for stored materials and equipment remains upon Subcontractor, and regardless of which entity maintains or controls any location(s) where materials and equipment are stored, Subcontractor acknowledges and agrees that Contractor and/or Owner have and shall be deemed to have exclusive possession of all stored materials and equipment included within any requisition submitted by Subcontractor.

Payment by the Owner to Contractor for stored materials and equipment shall be an absolute condition precedent to payment by Contractor to Subcontractor. All payments to Subcontractor for such materials and equipment shall be subject to the retainage set forth in "**Attachment A – Price and Scope of Work.**"

Subcontractor must be prepared, at all times, to prove within commercial norms the exact quantities and qualities of the materials and equipment purchased, used, or to be used on the Project.

Subcontractor shall defend, indemnify, and hold harmless Contractor, Contractor's sureties, and Owner against all claims, judgments, settlements, damages, losses, costs, and expenses, including, without limitation, attorneys' fees and court costs, arising out of or relating in any way to any third party's assertion of a lien, encumbrance, or interest in stored materials or equipment.

In the event the Owner and/or the Prime Contract has requirements for stored materials, the requirements of the Owner and/or the Prime Contract shall take precedence over the requirements of this Section 38.

**39. PROGRESS PAYMENTS WITHHELD AND RIGHT OF SETOFF**
To the fullest extent permitted by law, contractor reserves the right to withhold, as an additional reserve and without limiting its other rights and remedies, an amount sufficient: (a) to defend, satisfy, and discharge any asserted claims that Subcontractor (or anyone providing any of the work hereunder) has failed to make payment for labor, services, materials, equipment, taxes, or other items or obligations furnished or incurred in connection with the Subcontract Work or has caused damage to the Subcontract Work or to any other work on the Project; (b) to reimburse Contractor for any backcharges incurred as a result of any act or omission by Subcontractor hereunder; (c) to protect Contractor from the possible consequences of any other breach or default by Subcontractor hereunder; (d) any liquidated damages resulting from Subcontractor's failure to comply with the diversity plan as provided in "**Attachment C – Diversity Plan;**" or (e) to secure Contractor, at Contractor's sole discretion, if Subcontractor and/or its insurance carrier fail to defend, indemnify, and hold the Owner and Contractor harmless when requested or in the event there is a possible or actual personal injury or property damage claim arising from the performance of the Subcontract Work. When the Project is located in California, the withholding shall not exceed 150% of the estimated value of the disputed amount.

20

 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 **|** Phone: (949) 242-4432 **|** Fax: (949) 231-1255 **|**www.ohlusa.com

## 40. PAYMENT

The Contractor will pay to the Subcontractor for its total compensation the amount set forth in **"Attachment A – Price and Scope of Work."** To the extent authorized by law, Retainage will be withheld in the same percentage provided in **"Attachment A – Price and Scope of Work."** Lump sum prices shall be paid pursuant to the terms of this Agreement and in accordance with a detailed breakdown of costs approved by the Owner.

If unit prices are used, the quantity of the units as determined by the Owner or the Owner's representative shall be final, binding, and conclusive on the Subcontractor. Final payment and retainage will be made within thirty (30) days after final payment is received by the Contractor from the Owner and satisfaction of all conditions to payment. The acceptance of such final payment or any part thereof, shall be and shall operate as a general release of the Contractor and its surety from all claims of the Subcontractor relating to or arising out of the work. At the Contractor's sole option, the Contractor may apply any funds payable or which may become payable to the Subcontractor to the payment of any claim asserted against the Subcontractor in relation to the Project or to any of the Subcontractor's unpaid obligations and the amount of any said payment to third parties shall be considered and accepted by the Subcontractor as payment under this Agreement. Prior to final payment, the Subcontractor shall submit from each and every subcontractor and supplier final releases of the Contractor and its surety, and indicating full payment of all monies due or to become due relating to this Agreement. Before any payment is made to the Subcontractor, it shall provide evidence that the Project is free and clear from all liens and claims.

Prior to final payment, Subcontractor shall execute and deliver to Owner and Contractor a Consent of Surety and a General Release in a form satisfactory to Contractor, holding Owner and Contractor free and harmless from all claims arising out of or in connection with this Agreement, and shall execute and deliver a final Release of Lien and Affidavit establishing the status of payment of all sub-subcontractors and material suppliers to Subcontractor. As is the case with progress payments, receipt of final payment by Contractor from the Owner is a condition precedent to the right of Subcontractor to receive final payment under this Agreement as well as any bond issued on behalf of Contractor and, therefore, no funds will be owed to Subcontractor by Contractor or Contractor's surety, unless and until Contractor is paid by the Owner for Subcontractor's work. Receipt of final payment from the Owner shall also be deemed a condition precedent to any claim for final payment by Subcontractor against any bond procured by Contractor and against the surety issuing same. Subcontractor further agrees that this, its agreement concerning payment, shall relieve any surety of Contractor from its obligation, if any, to Subcontractor to the extent that the Owner has failed to pay Contractor.

No payment, including final payment, shall be evidence of the performance of the Agreement by the Subcontractor, either in whole or in part, and no payment shall be construed as an acceptance of defective or incomplete work, and the Subcontractor shall remain responsible and liable for its performance being in strict compliance with the Agreement.

Contractor reserves the right to advance the dates of any payment, including progress and final payments, under this Agreement if, in its sole discretion, it becomes desirable to do so. Any such advance payments shall not operate to waive or modify any provisions of this Agreement, including, but not limited to, the contingent payment provisions.

## 41. NO WAIVER

None of the provisions of this Agreement shall be considered waived by a party except when such waiver is in writing. The failure of a party to insist in any instance on strict performance of any of the provisions of this Agreement shall not be construed as a waiver of any such provision or the relinquishment of any rights hereunder in the future. A written waiver by any party of any breach of any provision of this Agreement shall not be construed as a waiver by such Party of any succeeding breach of such provisions or a waiver by such party of a breach of any other provision. The granting of any consent or approval by any party in any one instance shall not be construed to waive or limit the need for such consent or approval in any other or subsequent instance.

.

21

Initials:
C323-FERREL 

OHL USA / CA 

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer

 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 I Phone: (949) 242-4432 I Fax: (949) 231-1255 Iwww.ohlusa.com

## 42. QUALITY
Subcontractor shall at all times provide first-quality, new materials (unless otherwise specified in the Subcontract Documents) and workmanship conforming to the requirements of the Subcontract Documents and in accordance with the best standards of the construction industry where the Project is located. Subcontractor shall at all times provide proper facilities and opportunity for the inspection of the work by Contractor, A/E, and Owner and their representatives. To the extent required by the Owner, Subcontractor shall designate and assign to the Project a Quality Control Representative ("QCR"). Subcontractor shall, within twenty-four (24) hours after receiving written notice from Contractor, proceed to take down and remove all portions of the work which Contractor, A/E, or Owner shall have condemned as unsound, improper, or in any way failing to conform to the Subcontract Documents and shall replace the same with proper and satisfactory work and make good all work damaged or destroyed thereby. Contractor's failure to discover or notify Subcontractor of defective or nonconforming work at the time the work, or any portion thereof, is performed or completed shall not relieve Subcontractor of full responsibility for replacing of defective or nonconforming work and all damages resulting therefrom. If the Owner elects to accept defective or nonconforming work, Contractor may require an appropriate adjustment in the Subcontract Price to the extent required of Contractor by Owner.

Subcontractor shall use all necessary means to discover and to notify Contractor in writing of any defect in any part of the Project upon which the satisfactory performance of the work may depend to allow a reasonable amount of time for remedying such defects. If Subcontractor should proceed with the work, Subcontractor shall be considered to have accepted and be responsible for such condition unless Subcontractor shall have been directed in writing by Contractor to proceed over Subcontractor's written objection to Contractor.

Subcontractor agrees to be bound by the Contractor's quality program and consents to audits in accordance with that program.

## 43. PROHIBITION OF CORRUPTION
The Subcontractor will not directly or indirectly pay, offer, promise to pay, or authorize the payment of any money or anything of value to any government official, representative, or employee, or to any political party, holder of public office, or candidate for public office in connection with this Agreement. This term does not prohibit lawful political campaign contributions that have been made at the direction of Contractor.

If any part of this subcontract will be performed outside of the United States of America, the Subcontractor shall comply with all applicable anti-corruption laws and regulations (the "Anti-Corruption Requirements") including but not limited to the US Foreign Corrupt Practices Act, the UK Bribery Act the Canada Corruption of Foreign Public Officials Act (FCPOA), the UN Convention against Corruption (UNICIAC), and the OECD Convention on the Bribery of Foreign Public Officials (OECD Convention). Specifically, Subcontractor understands and agrees that it shall be unlawful for the Subcontractor and/or any officer, director, employee or agent of the Subcontractor to make any kind of offer, payment, promise to pay, or authorization of the payment of any money, or offer, gift, promise to give, or authorization of the giving of anything of value to: (a) any foreign official (or foreign political party) for purposes of either influencing any act or decision of such foreign official in his official capacity, or inducing such foreign official to do or omit to do any act in violation of the lawful duty of such official, or securing any improper advantage, or inducing such foreign official to use his influence with a foreign government, or instrumentality thereof, to affect or influence any act or decision of such government or instrumentality in order to assist such person in obtaining or retaining business for or with, or directing business to any person; or (b) any person, while knowing that all or a portion of such money or thing of value will be offered, given, or promised, directly or indirectly, to any foreign official (or foreign political party), or to any candidate for foreign political office, for any of the prohibited purposes described above. For purposes of this Agreement "foreign official" means any appointed, elected, or honorary official or employee of a) a foreign government (or if this Subcontract is to be performed outside the United States than of the Host Country) or political party, or b) of a public international organization, or any person acting in an official capacity for or on behalf of any such government or department, agency, or instrumentality, or for or on behalf of any such public international organization (e.g., the UN, DFID, or WHO, or the World Bank). For purposes of this Article, the "government" includes any agency, department, embassy, or other governmental entity, and any company or other entity owned or controlled by the government.

22



1920 Main Street, Suite 310 – Irvine, CA 92614 ❙ Phone: (949) 242-4432 ❙ Fax: (949) 231-1255 ❙www.ohlusa.com

## 44. AUDIT RIGHTS

During the term of this Agreement and for a period of two (2) years after final payment, Contractor shall have the right to audit the books and records of the Subcontractor related to its activities on behalf of or in connection with Contractor, including all charges made and services performed by the Subcontractor pursuant to this Agreement and payments made by the Subcontractor for or on behalf of Contractor.

23



 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 I Phone: (949) 242-4432 I Fax: (949) 231-1255 Iwww.ohlusa.com

CONTRACTORS ARE REQUIRED BY LAW TO BE LICENSED AND REGULATED BY THE CONTRACTOR'S STATE LICENSE BOARD WHICH HAS JURISDICTION TO INVESTIGATE COMPLAINTS AGAINST CONTRACTORS IF A COMPLAINT REGARDING A PATENT ACT OR OMISSION IS FILED WITHIN FOUR YEARS OF THE DATE OF THE ALLEGED VIOLATION. A COMPLAINT REGARDING A LATENT ACT OR OMISSION PERTAINING TO STRUCTURAL DEFECTS MUST FILED WITHIN 10 YEARS OF THE DATE OF THE ALLEGED VIOLATION. ANY QUESTIONS CONCERNING A CONTRACTOR MAY BE REFERRED TO THE REGISTRAR, CONTRACTORS STATE LICENSE BOARD, P.O. BOX 26000, SACRAMENTO, CA 95826.

This Agreement is hereby acknowledged and executed:

Date:

Nov 30, 2016

Contractor:

OHL USA, INC.

Print Name:

TONY BAGHERI

Title:

EXECUTIVE VICE-PRESIDENT

Signature:

Contractor's License No:

984140

Date:

11/22/16

Subcontractor: Ferreira Construction Co., Inc. dba Ferreira Coastal Construction
15188 Vista Del Rio Ave.
Chino, Ca. 91710

Print Name:

Brandon Pensick

Title:

Vice President

Signature:

Subcontractor's License No:

985180

Initials:
C323-FERREI

OHL USA / CA 

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer

# OHL USA

1920 Main Street, Suite 310 – Irvine, CA 92614 | Phone: (949) 242-4432 | Fax: (949) 231-1255 |www.ohlusa.com

### WORKERS COMPENSATION CERTIFICATION

Labor Code section 3700 in relevant part provides:

Every employer except the State shall secure payment of compensation in one or more of the following ways:

a.  By being insured against liability to pay compensation by one or more insurers duly authorized to write compensation in this state.

b.  By securing from the Director of Industrial Relations a certificate of consent to self-sure, which may be given upon furnishing proof satisfactory to the Director of Industrial Relations of ability to self-insure and to pay any compensation that may become due to his employees.

I am aware of the provisions of section 3700 of the Labor Code which require every employer to be insured against liability for workers' compensation or to undertake self-insurance in accordance with the provisions of that code, and I will comply with such provisions before commencing the performance of the Work of this Agreement.

Date:       11/22/16

Ferreira Construction Co., Inc. dba
Ferreira Coastal Construction

Name of Entity:   15188 Vista Del Rio Ave.
Chino, Ca. 91710

Signature:   Rand

Print Name:   Brandon Pensick

Title:   Vice President

(In accordance with Article 5 – commencing at section 1860, chapter 1, part 7, division 2 of the Labor Code, the above certificate must be signed and filed with the awarding body prior to performing any Work under this Agreement.)

Initials:
C323-FERREI

OHL USA /

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer

# OHL USA

1920 Main Street, Suite 310 – Irvine, CA 92614 ❘ Phone: (949) 242-4432 ❘ Fax: (949) 231-1255 ❘www.ohlusa.com

### Attachment 'A' – Price and Scope of Work

In accordance with the terms and conditions of this Agreement the Subcontractor agrees to perform the following Work on the **MURRIETA CREEK, PHASE 2 PROJECT:**

### PIPE ACCES GATE & SAFETY RAILING

Subcontractor acknowledges that the Work includes, but is not limited to, all labor, materials, tools, supplies, equipment, supervision, submittals, shop drawings, as-built drawings, testing, inspections, spare parts, training, O&M's, warranties, equipment, services, and other items and work necessary for and/or incidental to the proper and complete performance and acceptance of the Work as described in the Prime Contract, which is incorporated into the Agreement, including without limitations the amendments, drawings and specifications found in Attachment G all of which are specifically incorporated into the Agreement.

In consideration therefore, the Subcontractor shall be paid the unit sum of **$  66,200.00**                           in accordance with the progress payment provisions of this Agreement and ___**5**___ % shall be withheld from each payment as retainage.

| ITEM #: | DESCRIPTION | QTY | UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 43 | PIPE ACCESS GATE | 1 | LS | $4,950.00 | $4,950.00 |
| 44 | SAFETY RAILING | 7,000 | LF | $8.75 | $61,250.00 |
| | | | | | |
| | | | | *Total:* | *$66,200.00* |

Notwithstanding anything to the contrary contained within any of the Subcontract Documents, including, but not limited to, the Prime Contract, receipt of payment by Contractor from the Owner is a condition precedent to the right of Subcontractor to receive payment under this Agreement as well as any bond issued on behalf of Contractor and, therefore, no funds will be owed to Subcontractor by Contractor or Contractor's surety, unless and until Contractor is paid by the Owner for Subcontractor's work. Receipt of payment from the Owner shall also be deemed a condition precedent to any claim for payment by Subcontractor against any surety bond procured by Contractor and against the surety issuing same.

Initials:
C323-FERREI__ 

OHL USA / C 

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer

# OHL USA

1920 Main Street, Suite 310 – Irvine, CA 92614 I Phone: (949) 242-4432 I Fax: (949) 231-1255 Iwww.ohlusa.com

## Attachment 'B' – Exclusions and Clarifications

Exclusions to the scope of Subcontract Work are as follows:

## EXCLUSIONS:

Traffic control, concrete anchor blocks, removal of concrete anchors, staking, grading, clearing and grubbing of fence line, surveying, spoils removal, maintenance of installed fencing or MBGR, bonds, permits or fees, saw cutting, extra dirt for backfilling, location of underground utilities, painting, engineering, grounding, concrete slabs or potholing, temporary fencing and security and any core drilling except for items 43 and 44 listed above.

The following clarifications are intended solely to clarify and advise Subcontractor on the scope of work it is to perform. The other provisions of the Agreement, including the above-listed exclusions and the incorporated provisions of the Prime Contract, shall be binding on the Subcontractor if there is a conflict with the following:

## SUBCONTRACTOR NOTES:

1.  All items per Plans, Specifications & Addenda.

2.  All work per OHL USA, INC. schedule. Time is of the essence.

3.  SWPPP and BMP's: In the event that SWPPP BMP's are damaged by subcontractor's forces, subcontractor will be responsible for restoring such BMP's

4.  Prices include all applicable taxes and licenses.

5.  Subcontractor shall be responsible for all permits, fees, licenses, assessments, inspections, testing and taxes necessary to complete the Subcontract Work in accordance with the Contract documents.

6.  Work being performed that requires a lane closure(s) will be performed during the hours allowed by the Army Corps of Engineers and the City of Temecula, and any other local jurisdictions.

7.  All submittals, shop drawings, and other documentation required per project specifications will be submitted in a timely manner as to allow ample time to receive proper approval by General Contractor and other reviewing agencies.

8.  Subcontractor, and their lower tiers, must register and maintain current Public Works registration throughout project operations as per SB-854.

9.  Subcontractor to submit proof of E-Verify enrollment with signed contract. If not enrolled with E-Verify, subcontractor has 30 days from date subcontract is executed to enroll and submit proof to Contractor. (FAR 52.222-54)

10. Subcontractor to submit executed FAR 52.203-11 declaration with signed contract. Subcontractor has 30 days from the date of the executed contracts with lower tiered Subcontractors, to submit to the Contractor executed FAR 52.203-11 declaration from their lower tiered Subcontractors. Subcontractor must also retain copies of their lowered tiered Subcontractors executed FAR 52.203-11 declarations.

11. Subcontractor to submit signed and dated Standard Form (SF) 1413, Statement and Acknowledgment with signed contract confirming the clauses regarding Labor Standards have been included in this subcontract as per Exhibit "C" - Flowdowns; 52.222-11. (see Exhibit "E")

27

Initials:
C323-FERREI

OHL USA / CA

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer

 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 I Phone: (949) 242-4432 I Fax: (949) 231-1255 Iwww.ohlusa.com

12. Subcontractor must confirm, **in writing**, whether as of the date of the signature on this subcontract, the subcontractor, or its principals, is or is not debarred, suspended, or proposed for debarment by the Federal Government. (FAR 52.209-6) Submit, with signed contract.

13. Subcontractor must submit a written request to Contractor for authorization regarding the release of unclassified information (if not already a part of public domain) regardless of medium (e.g., film, tape, document), pertaining to any part or any program related to this subcontract. Subcontractor must submit no less than 15 business days to Contractor from date of proposed release. (FAR 252.204-7000)

14. Rates to be multiplied by 1.5 on base rate for Saturdays, and by 2on base rate for Sundays, Holidays, and work after 12 hours.

15. Contractor to provide reasonable access to work areas.

16. Price above includes prevailing wages

17. Price includes 2 (Move-ins) mobilizations. Additional mobilization will be an extra charge of $2,500.

18. Price includes digging and setting of posts in soil cement and 3" reflective tape strips as specified in the standard specification and special provisions.

19. Contractor to provide temporary water , power , sanitation at the work location as needed , traffic control, layout , shoring , lighting , storage area for scaffolding, block, & forklift.

Initials:
C323-FERREI

**28**

 OHL USA / CA

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer

 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 ǀ Phone: (949) 242-4432 ǀ Fax: (949) 231-1255 ǀwww.ohlusa.com

## ATTACHMENT 'C' – DIVERSITY PLAN

Subcontractor shall, in combination with its sub-subcontractors or suppliers, if any, obtain not less than the following percentages of disadvantaged-owned, minority-owned, women-owned and/or locally based business enterprise (D/M/W/LBE) participation (collectively referred to in this Exhibit as "Credit") in the Subcontract Work.

| | |
|---|---|
| 0 | % DBE |
| 0 | % MBE |
| 0 | % WBE |
| 0 | % LBE |

Subcontractor acknowledges that Contractor is obligated by the Prime Contract to provide specified levels of D/M/W/LBE credit and that Contractor is relying on Subcontractor for the foregoing contribution toward those specified levels of credit. Subcontractor acknowledges that it is bound and shall abide by the terms of the Diversity Plan attached as part of the Prime Contract. Subcontractor represents and warrants that all entities providing Credit with respect to the Subcontract Work, including Subcontractor, if it is contributing toward the Credit itself, are certified by the appropriate government agencies to perform the Subcontract Work and receive credit for the Subcontract Work. Subcontractor represents that it and any sub-subcontractors it uses for Credit shall have sufficient resources to perform the Subcontract Work and shall be responsible for and will actually perform, manage, and supervise the Subcontract Work. Subcontractor and any sub-subcontractors it uses for Credit shall provide to Contractor the name(s) and contact number(s) for personnel assigned to supervise both worksite and office operations. Subcontractor shall not subcontract a significantly greater portion of the Subcontract Work than would be expected on the basis of normal industry practice.

Subcontractor shall be responsible to ensure that all entities providing Credit with respect to the Subcontract Work, including Subcontractor if it is a certified D/M/W/LBE, serve a commercially useful function as defined by 49 CFR 26.55(c). Without limiting the foregoing, D/M/W/LBE entities must, with respect to materials and supplies used, negotiate the price, determine the quantity and quality, order the materials, and pay for and install the materials and supplies. Subcontractor shall notify Contractor of the identity of any parties with whom Subcontractor intends to enter into any sub-subcontracts, material purchase orders, equipment leases, or other agreements. Contractor reserves the right to review and reject any and all proposed sub-subcontracts, purchase orders, equipment leases, and other agreements with third parties where the use of such third parties is inconsistent with this the laws, rules, and regulations applicable to the Project. Neither the approval of nor the failure on the part of Contractor to review or reject such arrangements shall relieve the Subcontractor of any of its obligations.

In the event: i) it is determined that the Subcontractor (or any sub-subcontractor that is providing credit) fails to perform a commercially useful function due in whole or in part to the actions of the Subcontractor (or actions of the sub-subcontractor if such sub-subcontractor is providing credit); or ii) Subcontractor or any sub-subcontractors or others Subcontractor is relying upon for D/M/W/LBE Credit is not properly certified, later becomes decertified, or is determined by Contractor to be incapable of performing a commercially useful function; or iii) that for any other reason that is in whole or in part the fault of Subcontractor or Sub-Subcontractor that Subcontractor is relying upon for D/M/W/LBE Credit, the Owner denies D/M/W/LBE credit for the Subcontract Work; then such failure shall be considered to be a material breach of this Agreement and if not corrected by Subcontractor within three (3) calendar days after receipt of written notice from Contractor, Contractor shall have the right to terminate the Subcontractor. Subcontractor agrees to notify Contractor immediately in the event Subcontractor becomes aware of any event in (i) through (iii) of this paragraph.

Subcontractor agrees to fully cooperate with Contractor and the applicable government agencies in every respect to ensure that the D/M/W/LBE Credit is achieved and that the Subcontractor, and any relevant sub-subcontractors, performs a commercially useful function. Subcontractor shall provide all certified payroll and all other reporting required in compliance with the applicable laws, including a Statement of Non-Performance Payroll form, regulations, the Prime Contract, and this Agreement. Subcontractor (or the sub-subcontractor if such sub-subcontractor is providing Credit) shall submit a monthly certification with each payment application in the Contractor's required form, signed by an authorized officer of

29

Initials:
C323-FERREI

OHL USA / C 

# OHL USA

1920 Main Street, Suite 310 – Irvine, CA 92614 I Phone: (949) 242-4432 I Fax: (949) 231-1255 I www.ohlusa.com

Subcontractor (or the sub-subcontractor if such sub-subcontractor is providing Credit), certifying, among other things, that Subcontractor (or the sub-subcontractor if such sub-subcontractor is providing Credit) is performing a commercially useful function.

In the event the Subcontractor (or the sub-subcontractor if such sub-subcontractor is providing credit) is supplying material or equipment to the Project, the value of which is partially or completely included in the D/M/WBE credit for the Project, the Subcontractor (or the sub-subcontractor if such sub-subcontractor is providing credit) shall provide all purchase orders, invoices, and delivery slips for all material or suppliers, along with proof of payment, with each payment application.

The percentage of participation set forth shall apply to any change in the contract amount by virtue of change orders issued by the Owner. The Subcontractor and suppliers agree to participate in any audit requested by the Owner and the Subcontractor agrees to attend the audit and provide any and all documentation requested by the auditor or their representatives.

Subcontractor agrees to supply on a monthly basis the certification form annexed to this attachment, which is a condition for payment. Further the Subcontractor shall provide fully executed copies of any contract or purchase order entered into between the Subcontractor and a second tier subcontractor or supplier that will be used to comply with the percentages of participation set forth in this Agreement.

Furthermore, the Subcontractor agrees to provide to the Contractor on a monthly basis the dollar amounts paid to each diversity participant for the purpose of reporting obligations.

If the Subcontractor fails to achieve the Credit, and the Owner does not waive or reduce Contractor's D/M/W/LBE Goal for the Project, Contractor shall be entitled to assess as liquidated damages against Subcontractor in the dollar amount of any shortfall in Credit. Subcontractor agrees that it is difficult to determine the value of damages Contractor incurs as a result of Subcontractor's failure to achieve the Credit and that assessing liquidated damages in the amount of the shortfall is a fair and reasonable method to calculate Contractor's damages.

30

Initials:
C323-FERREI

OHL USA / CA 

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer


# OHL USA

1920 Main Street, Suite 310 – Irvine, CA 92614 **l** Phone: (949) 242-4432 **l** Fax: (949) 231-1255 **l** www.ohlusa.com

## D/M/W/LBE CERTIFICATION

(To Be Completed by Subcontractor, and/or any
Sub-Subcontractor Providing Credit, with each Pay Application)

Project Name: _____ N|A _____

Subcontractor/
Sub-Subcontractor Name: _____   (the "Certifying Company")

Date: _____

By the undersigned's execution of this certification, the undersigned represents and certifies that except as listed otherwise at the end of this form,
the following are true and correct.

Is the Certifying Company's D/M/WBE Certification Current?        Yes ☐        No ☐

Is the scope of Certifying Company's work within its D/M/WBE's certification?        Yes ☐        No ☐

1. The undersigned is authorized to execute this form on behalf of Certifying Company and has personal knowledge of the matters certified.

2. The Certifying Company is performing a commercially useful function, as defined by 49 C.F.R. 26.55.

3. All of the Certifying Company's employees have been hired by the Certifying Company without assistance from or referral by Contractor/Subcontractor.

4. Certifying Company's workforce is directed by management employed by Certifying Company.

5. Certifying Company is not being assisted in its Work by Contractor or any other person or entity.

6. If its work includes submittals, such submittals shall be prepared by employees of Certifying Company.

7. Certifying Company negotiated the purchase of all materials required for its work, including the price of such materials.

8. An employee of Certifying Company is scheduling and ordering all of the materials required for its work and Certifying Company is paying for all such materials.

9. Certifying Company either owns or has leased all of the equipment used in performing the Certifying Company's Work.

The undersigned understands that if any of the foregoing are not true in any way, the exceptions to such statements or other reasons such statements are not true are required to be and are described and listed below.

_____
_____
_____

IN WITNESS WHEREOF, this D/M/WBE Certification has been executed and delivered as of the date first written above.

**[INSERT NAME OF CERTIFYING COMPANY]**

By: _____

Print Name: _____

Title: _____

31

Initials:
C323-FERREI

OHL USA / CA ___

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer

 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 I Phone: (949) 242-4432 I Fax: (949) 231-1255 Iwww.ohlusa.com

### Attachment 'D' – Safety Requirements

When Subcontractor renders services at the Project Site, Subcontractor shall perform its site work in a safe manner. Subcontractor acknowledges that it is familiar with all the safety requirements of the Project and that it will comply with the current standards set by the **Project Site Specific Safety and Health Plan (SSHP)**, OSHA, the federal government, and the Safety Orders of the State or Owner where the jobsite is located. Subcontractor shall, at all times, seek to avoid injury, loss, or damage to persons or property by taking steps to protect:

(a) Employees and other persons at the site; (b) Material and/or Equipment stored at the site or at offsite locations for use in performance of the Subcontract Work; and (c) All property and structures located at the site and adjacent to work areas, whether or not said property or structures are part of the Project or involved in the Subcontract Work.

Subcontractor shall develop a Safe Work Plan (SWP) for each activity, including an SWP for each separate operation presenting hazards not experienced in previous operations or where a new work crew is to perform the specified work. The SWP will define the work to be performed, the sequence of work, the specific hazards anticipated, and the control measures to be implemented to eliminate or reduce each hazard. Work will not proceed on a particular task/work area until the SWP has been reviewed and a preparatory meeting has been conducted by the involved parties.

In addition, Subcontractor will implement a Job Safety Awareness Program. The Job Safety Awareness Program (JSA) addresses on a daily basis the hazards associated with the day's work. The analysis will define the specific task being performed, identify the hazards anticipated, and the control measures to be used to eliminate or reduce the hazards, including the required Personal Protective Equipment (PPE). At the beginning of each shift, Subcontractor's Foreman shall hold daily toolbox talks that will review the tasks scheduled for that day and the JSA.

To the extent not already provided by the Contractor, Subcontractor shall post appropriate warnings and notices, erect safety barriers, and establish proper notice procedures to protect persons and property at the site and adjacent to the site from injury, loss or damage. Subcontractor shall exercise extreme care in carrying out its on-site work that involves explosive or other dangerous methods of construction or hazardous procedures, material or equipment. Subcontractor shall use properly qualified individuals or entities to carry out its work in a safe manner so as to reduce the risk of bodily injury or property damage. Subcontractor also agrees to comply with any safety directions or rules issued by Contractor or Owner, or the Project Architect or Project Engineer and to do so without additional cost to Contractor or Owner. Subcontractors performing work on projects in Florida are fully responsible to comply with all provisions of the Florida Trench Safety Act, and any other specific requirements applicable to trenching in the state where the Project is located.

Subcontractor shall comply with Contractor's 100% Fall Protection Policy. This policy states that "anytime employees are working from an unprotected elevation of six (6) feet or more, fall protection must be used." Working as stated above means while traveling, stationary, or anytime exposed to a fall from a surface not protected by an approved handrail, guardrails, or some other approved fall eliminating device.

Rigging equipment (i.e. shackles, hooks, slings, etc.) should be of domestic manufacture. If imported rigging equipment is used it must conform to the appropriate Federal Specification (for example RR-C271D-Chains and Attachments) and appropriate American Society of Mechanic Engineers (for example ASME B30.26 rigging Hardware). Rigging equipment working load limit, its size, a traceability code, and the manufacturer's name should be clearly and boldly marked on the hardware. If rigging equipment is not marked it must be removed from the Project. Certification for imported rigging equipment for the specific model/manufacture shall be required from the appropriate certification body. Certification can be provided by American Bureau of Shipping, Lloyds Register of Shipping, Det Norske Veritas, American Petroleum Institute, RINA, Nuclear Regulatory Commission, and several others.

Subcontractor shall submit to Contractor all Safety Data Sheets required by law for materials or substances that Subcontractor or its subcontractors bring to the Project site seven (7) calendar days before work begins.

**32**

Initials:
C323-FERREI

OHL USA / CA

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer

 **OHL USA**

1920 Main Street, Suite 310 – Irvine, CA 92614 ❘ Phone: (949) 242-4432 ❘ Fax: (949) 231-1255 ❘www.ohlusa.com

Subcontractor shall give Contractor written notice, within twenty-four (24) hours, of: (a) Any accident involving bodily injury (including, without limitation, first aid treatment) to the Subcontractor or its subcontractors, (b) Any property damage exceeding Five Hundred Dollars ($500.00) in value, or (c) Any act or omission on the part of the Subcontractor or its subcontractors that could have resulted in bodily injury, whether or not such an injury was sustained.

Subcontractor shall ensure that all personnel assigned to the project have received the appropriate levels of required training. If required by the state or locality where the project is located, all personnel shall have as a minimum the 10 hour OSHA safety class. The Subcontractor shall also ensure that the employees have attended the specific training required by the Owner or the site safety plan, such as track training, fire training, etc. All documentation indicating compliance with this training requirement shall be on the person of each employee when they report to the site. Copies of this documentation must be provided to the Safety Manger when requested.

Whenever there is an event giving rise to the above notice requirement, Subcontractor shall confiscate, hold, secure, preserve, and segregate all equipment or material and any area related to the event, until Contractor and/or owner have the opportunity to inspect and investigate the event. In addition, Subcontractor shall fully cooperate with, and ensure the cooperation of its subcontractors, with any investigations by Contractor or Owner resulting from the event. The cooperation, preservation, and notice requirements of this section are a material term of the contract. Failure to comply shall be grounds for termination for cause or to withhold payment.

Initials:
C323-FERREI 

33

OHL USA / C 

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer

# OHL USA

1920 Main Street, Suite 310 – Irvine, CA 92614 | Phone: (949) 242-4432 | Fax: (949) 231-1255 |www.ohlusa.com

### Attachment 'E' – Certificate of Payment

Monthly submittal of certified payrolls broken down by week from the Subcontractor and its sub-subcontractors to Contractor is a precondition of payment.

Annexed to this attachment is the affidavit required to be submitted monthly to secure payment. Subcontractor shall provide additional releases, affidavits, certificates, or forms if required by the Prime Contract as a condition for payment.

Note that each weekly payroll shall contain the required certification of compliance with the prevailing wage requirements of this Agreement.

Initials:
C323-FERREI

34

OHL USA / CA 

OHL USA, Inc. is an Affirmative Action/Equal Opportunity Employer